UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.     X
2345 Barkley Place     X
Forestville, MD 20747     X
    X
       Plaintiff     X
v.     X    C. A. No. 06 0326PLF
    X
CONDOLEEZZA RICE, Secretary     X
U.S. Department of State     X
2201 C Street NW     X
Washington DC 20520     X
       Defendant     X
    X

RECEIVED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr. hereby declare that on the 24 of February 2006, I mailed a copy of the complaint and summons, certified mail return receipt requested, to the U.S. Attorney General. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt, PS Form 3811, February 2004, addressed to: U.S. Attorney General, 950 Penn Ave N.W, D.C. 20530; Service Type: Certified Mail, Return Receipt for Merchandise; Article Number: 7109 8890 4000 0660 5002; Date stamp: MAR 0 6 2006]

Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR. | X |
| 2345 Barkley Place | X |
| Forestville, MD 20747 | X |
| | X |
| Plaintiff | X |
| v. | X    C. A. No. 06 0326PLF |
| | X |
| CONDOLEEZZA RICE, Secretary | X |
| U.S. Department of State | X |
| 2201 C Street NW | X |
| Washington DC 20520 | X |
| Defendant | X |
| | X |

## AFFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr. hereby declare that on the 24 of February 2006, I mailed a copy of the complaint and summons, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia. Attached hereto is the green card acknowledging service.

[Green card return receipt attached, addressed to: U.S. Attorney for the D.C., 555 4th St. NW, D.C. 20001]

Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR.<br>2345 Barkley Place<br>Forestville, MD 20747<br><br>　　　　　　　Plaintiff<br><br>　　v.<br><br>CONDOLEEZZA RICE, Secretary<br>U.S. Department of State<br>2201 C Street NW<br>Washington DC 20520<br>　　　　　　　Defendant | C. A. No. 06 0326PLF |

### AFFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr. hereby declare that on the 24 of February 2006, I mailed a copy of the complaint and summons, certified mail return receipt requested, to Condoleezza Rice, Secretary, U.S. Department of State. Attached hereto is the green card acknowledging service.

[Domestic Return Receipt – PS Form 3811, February 2004 – Article Number 7005 0390 0004 0888 6033; Article Addressed to: Condoleezza Rice, U.S. Dept of State, 2201 C Street NW, D.C. 20520; Certified Mail; Return Receipt for Merchandise; stamped MAR - 9 2006]

Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173