UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR.,<br>2345 Barkley Place<br>Forestville, Maryland  20747<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CONDOLEEZZA RICE, Secretary<br>UNITED STATES DEPARTMENT<br>　OF STATE<br>2201 C Street, N.W.<br>Washington, D.C.  20520<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0326 (PLF)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case.

Respectfully submitted,


/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8789 (fax)
Jane.Lyons@usdoj.gov

Dated:  May 8, 2006

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **8th** day of **May**, 2006, a true and correct copy of the foregoing **Praecipe** was served upon **pro se plaintiff** by first class United States mail, postage prepaid marked for delivery to:

**DONALD S. HUNTER, SR.**
2345 Barkley Place
Forestville, Maryland   20747

/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161