UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD S. HUNTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-326 (PLF) |
| | ) | |
| CONDOLEEZZA RICE, Secretary, | ) | |
| United States Department of State, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant hereby moves to extend by two weeks her deadline for filing a response to the complaint in this case. Defendant requests that the deadline for responding to this complaint be extended from May 8, 2008 to May 22, 2006. This is the defendant's first request for an extension to respond to the Complaint in this matter. Upon consultation by telephone on May 8, 2006, Plaintiff, who is representing himself in this matter, informed undersigned counsel that he filed a motion for default on May 5, 2006 and that believes that the government has had sufficient time to respond to his complaint. The grounds for this motion are set forth below.

Plaintiff is a Grants Specialist at the Department of State. Complaint, ¶¶ 14, 17. This case is related to Civil Action No. 04-857 (PLF) which is a complex employment discrimination case. Plaintiff is represented by counsel in Civil Action No. 04-857 (PLF), and the parties are in the midst of completing briefing on Defendant's Motion for Summary Judgment. Until quite recently, Assistant United States Attorney Stratton C. Strand was assigned to defend Civil

Action No. 04-857 (PLF) on behalf of the government.  The instant case, Civil Action No. 06-326 (PLF) was filed in February, 2006 and contains allegations that Plaintiff was subjected to unlawful retaliation and age discrimination in the filling of two Grants Specialists positions.  In his Complaint, Plaintiff points to testimony given in a deposition taken in Civil Action No. 04-857 (PLF) to support his claim.  Complaint, ¶ 12.

The U.S. Attorney's Office was served with the summons and complaint in this case on March 7, 2006.  Accordingly, defendant's response is currently due on May 8, 2006.  On April 11, 2006, Civil Action No. 04-857 (PLF) was re-assigned within the U.S. Attorney's Office to Jane M. Lyons.  AUSA Lyons must familiarize herself with a voluminous record from the discovery in Civil Action No. 04-857 and obtain enough information from the State Department to respond to the complaint in this case.  In addition to the press of business in a full docket of active cases before these matters were added, AUSA Lyons was out of the country between April 25 and May 3, 2006.  As a result, AUSA Lyons has not yet had enough time to consult with the State Department and to prepare a response to the complaint.

This motion is filed in good faith and granting it will not unduly or unfairly prejudice plaintiff or delay the Court's ability to resolve this case.  Indeed, allowing Defendant a reasonable and sufficient amount of time at the outset to file an appropriate response may ultimately streamline this second piece of litigation.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for answering or otherwise responding to the Complaint be extended to and including May 22, 2006. A draft order consistent with the relief sought herein is attached.

Dated: May 8, 2006.

        Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C. 20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of May, 2006, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** and proposed order were served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:


DONALD S. HUNTER, SR.
2345 Barkley Place
Forestville, Maryland   20747


    /s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161