UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-857 (PLF) |
| ) | |
| CONDOLEEZZA RICE, Secretary, ) | |
| United States Department of State, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant's Motion for Extension of Time to Respond to the Complaint, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is by the Court this _____ day of _____, 2006,

ORDERED, the Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that Defendant shall have through and including May 22, 2006 to file a response to the Complaint.

_____
PAUL L. FRIEDMAN
United States District Court Judge

Copies:
By ECF to Counsel for Defendant:
Jane.Lyons@usdoj.gov

By U.S. Mail to Plaintiff:
DONALD S. HUNTER, SR.
2345 Barkley Place
Forestville, Maryland   20747