UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.  
2345 Barkley Place  
Forestville, MD 20747  
Plaintiff,

v.   Civil Action No. 06 0326PLF

CONDOLEEZZA RICE, Secretary  
United States Department of State  
2201 C Street, N.W.  
Washington, D.C. 20520  
Defendant.

## AFFFIDAVIT OF SERVICE

I, Donald S. Hunter, Sr. hereby declare that on the 5 of May 2006, I mailed a copy of the Motion for Default Judgment, certified mail return receipt requested, to the Defendant Counsel Jane Lyons, U.S. Attorney for the District of Columbia. Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 11 2006 |
| 1. Article Addressed to:<br>Jane Lyons<br>Assistant U.S. Attorney<br>Civil Division<br>555 4th St NW<br>Wash. D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7005 0390 0004 0890 4669 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |

Donald S. Hunter, Sr.  
2345 Barkley Place  
Forestville, MD 20747  
Hm 301 967-0101/Wk 202 203-7173