UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.  
2345 Barkley Place  
Forestville, MD 20747  

Plaintiff,

v.   Civil Action No. 06 0326PLF

CONDOLEEZZA RICE, Secretary  
United States Department of State  
2201 C Street, N.W.  
Washington, D.C. 20520  

Defendant.

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF MOTION FOR DEFAULT JUDGEMENT

Pursuant to Federal Rules of Civil Procedure VII, Rule 55 plaintiff Donald S. Hunter, Sr., pro se request a default judgment against the Defendant who failed to answer the complaint. Plaintiff filed the complaint with the Court on February 24, 2006. The Defendant and Defendant's Counsel were properly serviced with the complaint. The Defendant had 60 days to respond to the complaint. Defendant failed to answer the complaint by April 24, 2006.

The Plaintiff prays that he be awarded the following relief: 1) An injunction enjoining Defendants, jointly and severally, from engaging in such conduct in the future; 2) a retroactively promote to the GS-13/2 level, with backpay, interest, TSP contributions and all other emoluments; 3) a GS-14/1 level with backpay,

interest, TSP contributions and all other emoluments; 4) an order directing Defendants, jointly and severally, to pay an award of statutory compensatory (pecuniary and non-pecuniary) up to the maximum amount permitted by statute and punitive damages in an amount to be determined; 5) an order directing Defendants, jointly and severally, to pay reasonable attorneys fees, court fees and costs of this litigation; and 6) such other and further relief as the Court may deem just.

Respectfully Submitted,

*Donald S Hunter Sr.*
Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173

Cc:

Defendant's Counsel
Jane Lyons
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.         *
2345 Barkley Place              *
Forestville, MD 20747         *

Plaintiff,                            *

v.                                     *      Civil Action No. 06 0326PLF

CONDOLEEZZA RICE, Secretary *
United States Department of    *
State                                *
2201 C Street, N.W.           *
Washington, D.C. 20520       *

Defendant.                     *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

       **UPON CONSIDERATION** of the Plaintiff Motion for Default Judgment, the Defendant failure to respond, and the record herein, and it appearing that good cause exists for the requested motion, it is by the Court this _____ day of _____, 2006,

       ORDERED, the Plaintiffs' motion be, and hereby is GRANTED; and it is further

       ORDERED, the Defendant to enforce the attached Judges' Order, settling this case within 60 days.

                                                               _____

                                                               Judge Paul L. Friedman