UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
DONALD S. HUNTER, SR.,                                   )
                                                        )
                    Plaintiff,                          )
                                                        )
          v.                                            )          Civil Action No. 06-326 (PLF)
                                                        )
CONDOLEEZZA RICE, Secretary,                            )
United States Department of State,                      )
                                                        )
                    Defendant.                          )
_____)

## ORDER

UPON CONSIDERATION of plaintiff's motion for default judgment, defendant's opposition thereto, and the entire record in this case, the Court finds that plaintiff has not shown that defendant is in default or has failed to defend this action.  Accordingly, it is hereby

**ORDERED** that plaintiff's motion is **DENIED.**

_____                    _____
Date                                 UNITED STATES DISTRICT JUDGE

Copies to:

AUSA Jane M. Lyons (Through ECF)
jane.lyons@usdoj.gov

Plaintiff (Through U.S. Mail)
DONALD S. HUNTER, SR.
2345 Barkley Place
Forestville, Maryland   20747