UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DONALD S. HUNTER, SR.<br>2345 Barkley Place<br>Forestville, MD 20747<br>Plaintiff, | *<br>*<br>*<br>*<br>* | |
| v. | * | Civil Action No. 06 0326PLF |
| | * | |
| CONDOLEEZZA RICE, Secretary<br>United States Department of<br>State<br>2201 C Street, N.W.<br>Washington, D.C. 20520<br>Defendant. | *<br>*<br>*<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFF'S REBUTTAL TO DEFENDANT'S ANSWER TO COMPLAINT**

Plaintiff Donald S. Hunter, Sr., pro se, hereby rebut the Defendant's Answer to Complaint as follows:

### **First Defense**

Plaintiff properly exhausted administrative remedies by submitting a proposed settlement agreement to Defendant on February 8, 2006. Defendant rejected the settlement agreement. On March 21, 2006, Defendant issued it's finding that no age discrimination occurred **(Attachment A)**.

### **Second Defense**

Defendant issued the June 24, 2002, Castro memo to Plaintiff in response to a request for a promotion, which states **"If a GS-13 position became available we would be happy to consider you for the position. "** Defendant committed unlawful age discrimination and retaliated against the Plaintiff by downgrading Love and Swann vacant GS-13 Grants Specialist positions to purposely deny Plaintiff a

promotion opportunity to a GS-13 because of Plaintiff's age over (40) and pervious EEO activities. See Defendant's Motion For Extension Of Time To Respond To The Complaint pg. 2 paragraph 1.

### Third Defense

In rebuttal to the numbered paragraphs of the Defendant's Answer To Complaint as follows:

3. On August 25, 2005 Plaintiff filed an age discrimination and retaliation complaint with the Defendant's Office of Civil Rights. Defendant never contacted Plaintiff after September 19, 2005 **(Attachment B)**. Defendant failed to investigate Plaintiff's age discrimination and retaliation complaint.

7. Plaintiff submitted an application under 5 CFR 330.101 and 335.103 (c)(3) on February 17, 2004 to ECA's Management Officials for consideration as a direct hire or non-competitive appointment to Love's vacant GS-13 Grants Specialist position **(Attachment C)**.

11. Employees under age 40 hired by Ms. Allen since June 2002: Julie Johnson age 33, Kenyetta L. Gunther age 39, Lana Muck under age 30 and Deborah Thompson under age 35.

12. Ms. Allen's deposition in Plaintiff civil case No. 0 4-857(PLF), affirm the fact the she intentionally downgraded positions to hire younger people and to deny Plaintiff a promotion opportunity see pg 39 line 4-10, pg 122 line 16- 21, pg 123 line 1-10 and the entire document **(Attachment D)**.

20. OPM certified Plaintiff to be one of the top 3 candidates for a GS-13 Grants Management Specialist position, Defendant's vacancy announcement # AR110105.

## PRAYER FOR RELIEF

WHEREFORE, having rebutted Defendant's answers, Plaintiff prays that he be awarded the relief requested.

Dated: June 2, 2006.

Respectfully Submitted,

*Donald S. Hunter, Sr.*
Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of June, 2006, a true and correct copy of the foregoing PLAINTIFF'S REBUTTAL TO DEFENDANT'S ANSWER TO COMPLAINT was served upon the Defendant Counsel by first class United States mail, postage prepared, marked for delivery to:

JANE M. LYONS, DC Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4822
Washington, DC 20530

*Donald S Hunter Sr* (signature)
Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173