**United States Department of State**

*Office of Civil Rights*

*Washington, D.C. 20520-7528*

March 21, 2006

Donald S. Hunter
2345 Barkley Place
Forestville, MD 20747

Dear Mr. Hunter:

On February 21, 2006, our office received a letter dated February 3, 2006, from the Equal Employment Opportunity Commission enclosing a copy of your "Written Notice of Intent to File Suit in 30 Days," dated January 9, 2006.

By this communication, and at the directive of the EEOC, please be advised of the following:

(1) Within 30 days, the Department has conducted a prompt and timely inquiry into your age discrimination allegations;

(2) The Department has completed its inquiry; and

(3) The Department has determined that no age discrimination occurred, and that management decision-making was based on legitimate, non-discriminatory business reasons.

I have been informed that you have filed a complaint in the United States District Court for the District of Columbia alleging age discrimination

Attachment A

on February 24, 2006. Any further communications regarding your claims should be with the U.S. Attorney's Office, who will be representing the Department of State with respect to your allegations.

Sincerely,

Barry L. Wells
Director
Office of Civil Rights

cc:

Marjorie H. Borders, Acting Director
Complaints Adjudication Division
Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 19848
Washington, D.C. 20036

Kathryn N. Skipper
Office of the Legal Adviser
Department of State

Jane Lyons
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530