**Hunter, Donald S**

| | |
|---|---|
| **From:** | Prince, Lannie M(S/OCR) |
| **Sent:** | Monday, September 19, 2005 5:34 PM |
| **To:** | Hunter, Donald S |
| **Cc:** | Do, Dao Mary |
| **Subject:** | Assignment of an EEO Counselor |

Goodafternoon Mr. Hunter:

This is to inform you that you will be contacted by an EEO counselor to discuss those allegations you raised in your August 25, 2005 e-mail to S/OCR.

Please do not hesitate to contact me if you have any questions.

Attachment B

1

**Hunter, Donald S**

| | |
|---|---|
| **From:** | Hunter, Donald S |
| **Sent:** | Thursday, August 25, 2005 8:50 AM |
| **To:** | Canton, Jacqueline A; Brandon, Arlene M |
| **Subject:** | EEO Complaint |

Please process the attached EEO Complaint:

      

05 EEO         3enMemoPromotion
Complaint.doc    to GS-13.doc

Donald S. Hunter, Sr.
Grants Officer
DOS, Bureau of Educational &
 Cultural Affairs
301 4th Street SW, Room 524
Washington, DC 20547

Attachment B

1

**COMPLAINT based on retaliation, race/color African American, sex Male and age (over 40):  August 25, 2005**

Allegations

The Bureau of Educational and Cultural Affairs (ECA), discriminated against me when management failed to follow a direct order in the June 24, 2002 memo (attached) from former Executive Deputy Director of ECA to consider me when a vacant GS-13 Grants Specialist position became available in May 2005.  ECA's management made the decision to downgrade Ms. Phyllis Swann GS-13 Grants Specialist position who has accepted another job in May 2005 to GS-9/11/12. ECA has hired women all under the age 40 to fill the last five vacant Grants Specialist positions.

My current supervisor, Ms. Fannie Allen has not provided me with my 2004 performance rating nor has she provided me with my 2005 written performance plan.

Several of my team members alleged that I was either sleeping in a staffing meeting or that I made more mistakes then anyone else in performing my duties.

Dates of Allegations

On August 22, 2005, Kenyetta Gunther was hired to fill Ms. Phyllis Swann GS-13 Grants Specialist position that was downgraded to a GS-9/11/12. Ms. Gunther is under the age 40.

As of August 25, 2005, Ms. Fannie Allen has not provided me with my 2004 performance appraisal nor has she provided me with my 2005 performance plan.

On August 19, 2005, Ms. Allen approached me to ask if it true that you were sleeping in the staffing meeting on August 17, 2005.  Ms. Allen stated that a team member told her I was sleeping in the staffing meeting.

On August 23, 2005, Ms. Julie Johnson stated in the staff meeting that Donald did most of the mistakes in the office Grants Management Financial Information System.

**REMEDIES**

A retroactive promotion to a GS-13, with back pay;
A career ladder GS-13/14 position;
A outstanding performance rating for 2004 and my performance plan for 2005; and
Enrollment in OPM, Executive Management Training Program.



**United States Department of State**

*Bureau of Educational and Cultural Affairs*
*Washington, D.C. 20547*

*www.state.gov*

June 24,   2002


INFORMATION MEMORANDUM

UNCLASSIFIED

MEMORANDUM TO:   ECA-IIP/EX/G - Donald Hunter

FROM:            ECA-IIP/EX - Ben Castro

SUBJECT:         Request for Promotion

        I have reviewed your request for an accretion of duties
promotion.  After review and consultation with your supervisor, Ms.
Fannie Allen/and the Human Resources office I cannot concur with
your request.

        You are currently assigned to a GS-12 position and we believe
you are performing duties consistent with your grade level.  As Ms.
Allen discussed with you previously, your current performance at
the GS-12 is excellent, however, she does not believe you are
performing at the GS-13 level.  We both believe you will be an
excellent candidate for the GS-13 if a vacancy became available in
the future.  In the meantime, we will make every effort to give you
assignments to prepare you for a GS-13 position.

        There are currently four GS-13 positions in the Grants
Division.  All of these positions are currently filled.   There are
no GS-13 vacancies available at this time in your immediate
organization.  If a GS-13 position became available we would be
happy to consider you for the position.




                        UNCLASSIFIED

UNCLASSIFIED
-2-

If you feel you are currently performing duties that are classifiable at the GS-13 level you are entitled to file a classification appeal.  If you decide to appeal the classification, please see Ms. Jacqueline Hill in ECA-IIP/EX/HR.

UNCLASSIFIED