UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>CONDOLEEZZA RICE,<br>United States Secretary of State,<br><br>Defendant. | Civil Action No. 06-0326 (PLF) |

ORDER OF REFERRAL

This matter came before the Court for a status conference on July 19, 2006. At that time, the parties indicated that the case would benefit from settlement discussions with a magistrate judge. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge Alan Kay for settlement discussions, beginning immediately; discussions shall conclude on or before October 31, 2006. The parties will contact Magistrate Judge Kay's chambers to schedule a settlement conference; and it is

FURTHER ORDERED that, on or before October 31, 2006, the parties shall file a Joint Report on the status of settlement discussions.

SO ORDERED.

/s/______________________________
PAUL L. FRIEDMAN
United States District Judge

DATE: July 19, 2006