UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., </br></br>    Plaintiff, </br></br>  v. </br></br>CONDOLEEZZA RICE, Secretary, </br>United States Department of State, </br></br>    Defendant. | ) </br>) </br>) </br>) </br>) </br>) Civil Action No. 06-326 (PLF) </br>) </br>) </br>) </br>) </br>) </br>) |

**JOINT STATUS REPORT**

  Pursuant to the Court's July 19, 2006 Order, the parties respectfully report that their settlement negotiations with Magistrate Judge Alan Kay have concluded and have not produced a resolution of either the above-captioned matter or <u>Donald S. Hunter v. Condoleezza Rice</u>, Civil Action No. 04-857 (PLF). Plaintiff will continue to represent himself in Civil Action No. 06-326 (PLF).

  The parties also wish to advise the Court of a development. On September 14, 2006, while the parties were attempting to resolve Plaintiff's two pending cases in this Court, the Equal Employment Opportunity Commission's Office of Federal Operations affirmed the Department of State's final agency decision on another of Plaintiff's administrative complaints of employment discrimination and retaliation. On October 18, 2006, plaintiff filed a brief in support of reconsideration of that decision. <u>See</u> 29 C.F.R. § 1614.405. If he ultimately elects to file a new case, it appears that the new case would be related to the two pending cases. <u>See</u> Local Civil Rule 40.5(a)(3).

In the meantime, the parties request that the Court resolve the pending motion for summary judgment in Civil Action No. 04-857 (PLF), and enter a scheduling order for discovery and dispositive motions in Civil Action No. 06-326 (PLF), guided by the Joint Rule 16.3 Report previously filed by the parties and the discussions during the initial scheduling conference conducted on July 19, 2006.

Dated: October 31, 2006.

                                  Respectfully submitted,

/s/
Donald S. Hunter, Sr.
2345 Barkley Place
Forrestville, MD 20747
(301) 967-0101

*Pro Se* Plaintiff


JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161
Jane.Lyons@usdoj.gov

Counsel for Defendant