UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.
    Plaintiff,                                  *

    v.                                         *        Civil Action No. 06-326(PLF)

CONDOLEEZZA RICE, Secretary    *
United States Department of State,
    Defendant                        *

*    *    *    *    *    *    *

Pursuant to Rule 26(a)(1), Plaintiff makes the following disclosures:

    A.    <u>Names and Addresses of Individuals Likely to have Discoverable Information</u>

    1.    The following Plaintiff:

        Donald S. Hunter, Sr.
        2345 Barkley Place
        Forestville, MD 20747

        The Plaintiff Witness:

        Betty Good, MSW, LICSW
        Psychotherapist
        Kaiser Permanente
        2100 Pennsylvania Avenue, NW
        Washington, DC 20037

    2.    Defendants or employees of Defendants:

        Fannie Allen, Felicia Gibson, William (Bill) Terrini, Jackie Hill, Katherine Yemelyanov, Cathy Chikes (addresses in control of Defendants)

    B.    <u>Description by Category and Location of Documents, Data Compilations and Tangible Things that May be used to Support Plaintiff's Claims</u>

The following are under the control of Plaintiff, are voluminous and are available for inspection and copying:

RECEIVED

NOV 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Memo dated June 24, 2002 denying Plaintiff request for a promotion to the GS-13 level;
2. Plaintiff's February 17, 2004 application for Ms. Love's vacant GS-13 position;
3. Ms. Allen's deposition dated June 6, 2005;
4. Plaintiff's August 25, 2005 EEO complaint (age) and (retaliation); and
5. Plaintiff's birth certificate.

The following are suspected to be within the possession and/or control of Defendants:

1. Management written notes, e-mails, letters and memo's concerning Plaintiff February 17, 2004 application for the vacant GS-13 Grants Specialist position;
2. Ms. Allen memo or e-mail requesting vacant GS-13 Grants Specialist positions be downgraded to a GS-9/11/12;
3. ECA's announcements and Cert's for vacant Grants Specialist positions in the Grants Division the past six years;
4. Name, race, sex, age and grade of employees hired to fill vacant Grants Specialist positions in ECA the past six years;
5. Memo's approving the downgrade of ECA's vacant GS-13 Grants Specialist positions;
6. Management written notes, e-mails, letters and memo's concerning Plaintiff age discrimination claim;
7. ECA's February 2006 announcement, Cert, management written notes, e-mails, letters and memo's concerning the newly created GS-14 Supervisory Budget Analyst position in the Budget Office;
8. Name, race, sex and age of the employee selected to fill the GS-14 Supervisory Budget Analyst position in ECA's Budget Office in 2006;
9. ECA's and/or the Department's Affirmative Action Plan; and
10. ECA's 2004, 205 and 2006 workforce profile.

C. Computation of Damages Claimed

Plaintiff claims damages for a retroactive promote to the GS-14/2 level with back pay for willful violations and reasonable attorney fees, costs and expenses, expert witness fees, statutory compensatory (pecuniary and non-pecuniary) up to the maximum amount permitted by statute and punitive damages in an amount to be determined and other recoverable costs and expenses.

Respectfully submitted,

Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
301 967-0101(Home)
202 203-7119(Work)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2006, a true and correct copy of the foregoing Rule 26(a)(1) of the Federal Rules of Civil Procedure was served upon the Defendant Counsel by first class United States mail, postage prepared, marked for delivery to:

JANE M. LYONS, DC Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4822
Washington, DC 20530

*Donald S. Hunter Sr.*
Donald S. Hunter, Sr.
2345 Barkley Place
Forestville, MD 20747
Hm 301 967-0101
Wk 202 203-7173