UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-326 (PLF) |
| ) | |
| CONDOLEEZZA RICE, Secretary, ) | |
| United States Department of State, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

The parties have now completed all discovery in this case, and have met and conferred regarding a proposed briefing schedule for defendant's dispositive motion. Due to various scheduling conflicts, plaintiff's deposition was taken on March 26, 2007, and the transcript will be available for Mr. Hunter's review in approximately two weeks. Plaintiff, who has been representing himself through discovery, has indicated that he is likely to retain counsel to oppose defendant's motion for summary judgment. Any new counsel will need a reasonable amount of time to become familiar with the record. Accordingly, taking all of these factors into account, the parties respectfully propose the following schedule:

| | |
|---|---|
| Defendant's summary judgment motion: | May 9, 2007; |
| Plaintiff's opposition: | June 11, 2007; |
| Defendant's reply: | July 6, 2007. |

The parties respectfully request that the Court enter this briefing schedule and refrain from scheduling any additional matters until after resolution of defendant's dispositive motion.

Dated: March 29, 2007.

                                    Respectfully submitted,

                                    /s/ Donald S. Hunter, Sr.
                                    Donald S. Hunter, Sr.
                                    2345 Barkley Place
                                    Forrestville, MD 20747
                                    (301) 967-0101

                                    *Pro Se* Plaintiff


                                    /s/ Jeffrey A. Taylor /JML
                                    JEFFREY A. TAYLOR, D.C. Bar #498610
                                    United States Attorney

                                    /s/ Rudolph Contreras /JML
                                    RUDOLPH CONTRERAS, D.C. Bar #434122
                                    Assistant United States Attorney

                                    /s/ Jane M. Lyons
                                    JANE M. LYONS, D.C. Bar #451737
                                    Assistant United States Attorney
                                    555 4th Street, N.W. - Room E4822
                                    Washington, D.C. 20530
                                    (202) 514-7161
                                    Jane.Lyons@usdoj.gov

                                    Counsel for Defendant