UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-326 (PLF) |
| CONDOLEEZZA RICE, Secretary, United States Department of State, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant hereby moves to extend by two days her deadline for filing a motion for summary judgment in this case. Specifically, Defendant requests that the motions deadline be extended from May 9, 2007 to May 11, 2007. This is the defendant's first request for an extension of this particular deadline. On May 9, 2007, undersigned counsel unsuccessfully attempted to contact plaintiff, who is currently representing himself, to obtain his position on the relief being requested. In the past, undersigned counsel has communicated with plaintiff using his work e-mail address, but on May 9, 2007, undersigned counsel received an Out of Office Auto Reply indicating that plaintiff would be away from the office from May 7-18, 2007. Then undersigned counsel called plaintiff at the home telephone number listed on the complaint but there was no answer. Thus, as of the filing of this motion, undersigned counsel cannot represent plaintiff's position. The grounds for this motion are set forth below.

This is an age discrimination case tangentially related to plaintiff's prior lawsuit against the same defendant, Donald Hunter v. Condoleezza Rice, Civil Action No. 04-857 (PLF), in which summary judgment was entered for defendant on March 26, 2007.  The Assistant United States Attorney with daily responsibility for this case has been preparing a motion for summary judgment, and needs a couple of extra days to complete the product with enough time for review by counsel at the State Department and organization of the exhibits.  The AUSA had briefs in other cases due on May 7 and 8, and despite working well into the late evening hours on both of those evenings as well as on the weekend of May 5-6, 2007, she has not been able to get it finished in time for internal review and polishing.  The AUSA has been unusually busy, including unexpectedly having to prepare a comprehensive motion in another employment discrimination case last week, Walls v. Paulson, Civil Action No. 03-186 (RMU), at the request of the Court on a rather short deadline.

This motion is filed in good faith and granting it will not unfairly prejudice plaintiff or unduly delay the Court's ability to resolve this case.  Indeed, allowing Defendant just a couple of extra days to prepare a thorough motion addressing all claims is in the interests of both the parties and the Court.  Undersigned counsel would have filed this motion prior to the day of the deadline, but it was only then that it appeared that it would not be possible to meet the deadline.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing her motion for summary judgment be extended to and including May 11, 2007. A draft order consistent with the relief sought herein is attached.

Dated: May 9, 2007.

        Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 9th day of May, 2007, a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** and proposed order were served upon pro se plaintiff by first class United States mail, postage prepaid marked for delivery to:

DONALD S. HUNTER, SR.
2345 Barkley Place
Forestville, Maryland   20747


/s/
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161