UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, Secretary, )<br>United States Department of State, )<br>)<br>Defendant. )<br> ) | Civil Action No. 04-857 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time to file a dispositive motion, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is by the Court this _____ day of _____, 2007,

ORDERED, the Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that Defendant shall have through and including May 11, 2007 to file a response to the Complaint.

_____
PAUL L. FRIEDMAN
United States District Court Judge

Copies:
By ECF to Counsel for Defendant:
Jane.Lyons@usdoj.gov

By U.S. Mail to Plaintiff:
DONALD S. HUNTER, SR.
2345 Barkley Place
Forestville, Maryland   20747