UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONDOLEEZZA RICE, Secretary, )<br>United States Department of State, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-326 (PLF) |

**Notice of Appearance**

Plaintiff notes the appearance of the following attorneys as his representative(s) and/or co-representatives:

    Snider & Associates, LLC
    Michael J. Snider, Esq.
    Ari Taragin, Esq.
    Jason I. Weisbrot, Esq.
    104 Church Lane, Suite 100
    Baltimore, Maryland 21208
    410-653-9060 Phone
    410-653-9061 Fax


                Respectfully Submitted,


                _/s/_____
                Michael J. Snider, Esq., MD 24695
                Jason I. Weisbrot, Esq., MD 28074
                Snider & Associates, LLC
                104 Church Lane, Suite 100
                Baltimore, Maryland 21208
                410-653-9060 Phone
                410-653-9061 Fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by filing the notice on the Electronic Filing System (ECF) this 11th day of May 2007:

JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W.- Room E4822
Washington, D.C.  20530
(202)-514-7161

    /s/_____
Jason I. Weisbrot, Esq., MD 28074