```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - -x

 5   DONALD S. HUNTER, SR.,    :

 6          Plaintiff,         :

 7      vs.                    :    Case No: 04-857 (PLF)

 8   CONDOLEEZA RICE,          :

 9   SECRETARY OF STATE OF THE :

10   UNITED STATES OF AMERICA, :

11          Defendant.         :

12   - - - - - - - - - - - - -x

13                                  Washington, D.C.

14                                  Wednesday, January 4, 2006

15

16   Whereupon,

17                  DONALD S. HUNTER, SR.

18   the Deponent, called for examination by counsel for the

19   Defendant, pursuant to notice and agreement as to time and

20   place, at 501 Third Street, N.W., Washington, D.C., before

21   David Becker, Notary Public in and for the District of

22   Columbia.

23

24

25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947



20

```
 1  the documents in your possession that you plan to rely on to
 2  prove your case?
 3       A    At this time, yes.  Yes.
 4       Q    No, I don't need at this time.
 5       A    Yes.  Yes.
 6       Q    Unequivocally yes?
 7       A    Yes.
 8            MR. SNIDER:  Unless one falls from heaven.
 9            MR. STRAND:  Thank you, Mr. Snider.
10            BY MR. STRAND:
11       Q    Okay.  In your deposition of August 4th, 2005, at
12  page 61, start at line 17.  I asked you, "On page 2 of the
13  document, this indicates that the date of your initial contact
14  with the EEO office was June 25, 2002, and that the person you
15  contacted was Gracie Minis (phonetic), former EEO
16  counselor/coordinator.  Does that comport with your
17  recollection?  I can't recall at this time.  You have no
18  reason to believe that that is false?  Answer:  Not at this
19  time."  Okay.  And -- question.  Okay, we are at 5 now, 5:00
20  now, and just so you know, Mike, I do have some questions that
21  I wanted to ask about, and Mr. Snider says, "That will be part
22  of the box."  Okay.  Are you -- in Exhibit 67, are you able to
23  find any documents that show that you made contact with the
24  EEO office, your initial contact with the EEO office any
25  earlier than June 25, 2002?
```

1    A    No.

2    Q    Look at the second page of Exhibit 67. This
3 purports to be an e-mail to you from Fannie Allen dated May
4 20th, 2003, from which she congratulates you, Joyce Love,
5 Julie -- what is Julie's last name?

6    A    Johnson.

7    Q    Johnson and Phyllis Swann on their increased signing
8 authority and she lists Donald as having -- that's you, I
9 guess -- as having had your signing authority increased to
10 $500,000. Does that comport with your recollection that as of
11 at least May 20th, 2003 at the latest, your signing authority
12 was increased to $500,000?

13    A    Correct.

14    Q    The next page of Exhibit 67 is an e-mail, an e-mail
15 string, the first of which is from Clement-Lily, Ella, dated
16 March 26th, 2003. If you look down at the, the preceding e-
17 mail, which was in -- on the same page which was an e-mail
18 from Fannie Allen dated March 26, 2003 at 3:13 p.m., it says,
19 "Ella, I thank you for your e-mail and the information you
20 provided. It was very kind of Donald to acknowledge the
21 clearance. The following persons are delegated authority to
22 clear solicitations in the office: Maggie Ahern, Joyce Love,
23 Connie Stinson, Phyllis Swann or me." Does it comport with
24 your recollection that those were the people in the office who
25 were authorized to clear solicitations?