1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - - - -x

5    DONALD STEVE HUNTER, SR.              :

6                  Plaintiff              :

7        vs.                              :    Case No: 06-326 (PLF)

8    CONDOLEEZZA RICE, SECRETARY          :

9    U.S. DEPARTMENT OF STATE             :

10                 Defendant              :

11   - - - - - - - - - - - - - - - - - -x

12

13                           Washington, D.C.

14                           Monday, March 26, 2007

15

16

17   Deposition of:

18            DONALD STEVE HUNTER, SR.

19   the Deponent, called for examination by counsel for the

20   Defendant, pursuant to notice and agreement as to time and

21   place, at 501 3rd Street, N.W., Washington, D.C., before

22   Heather Kilbourne, a Notary Public in and for the District of

23   Columbia.

24

25



GOVERNMENT
EXHIBIT
C

12

1    Q.   You don't work in that section any more, correct?

2    A.   Correct.

3    Q.   All right. We'll get to that point. It's a couple

4 years down the road, but I'd like to go chronologically if you

5 don't mind. Okay. So in January of 2004 another Grant

6 Specialist by the name of Joyce Love retired, right?

7    A.   Yes.

8    Q.   And she was a GS-13?

9    A.   Correct.

10    Q.   And you applied for the position that she had

11 vacated, right?

12    A.   Correct.

13    Q.   But at the time that you submitted an application

14 there was no vacancy announcement out, right?

15    A.   Correct.

16    Q.   Do you believe it would have been fair for you to be

17 placed in a GS-13 position without any competition?

18    A.   Yes.

19    Q.   Why do you believe that?

20    A.   Because of the past history and the fact that my

21 workload had increased. I was given more responsibility

22 between when I was promoted in 1999 to when Ms. Love retired

23 in 2004. I was performing the same exact duties as Ms. Love

24 when she retired, and I had numerous discussions with Fannie

25 Allen starting as early as 2000 concerning the accretion in my

1   duties and wanting to be promoted.

2       Q.    Who were the other GS-12 Grant Specialists in ECA in

3   January 2004?

4       A.    I don't know -- if there was one, I'm not sure of

5   this, but it would have been Julie Johnson.  I don't know.

6   No, excuse me, she was not -- she was an 11 --

7       Q.    Okay.

8       A.    -- so I was the only GS-12 at that time, June of --

9   I'm sorry, what date did you say, January?

10      Q.    January.

11      A.    January 2004 when Love retired I was the only GS-12

12  in the office at that time.

13      Q.    There were other Grant Specialists working for the

14  Department of State, though, correct?

15      A.    Correct.

16      Q.    And some of them were probably GS-12s in January of

17  2004?

18      A.    Probably, yes.

19      Q.    Okay.  But you still think it would have been fair

20  for you to just be promoted into the position without any

21  competition?

22      A.    Correct --

23      Q.    Okay.

24      A.    -- because of the work that I was performing at that

25  time.

1    Q.    Your application for a GS-13 position without

2    competition was rejected, correct?

3    A.    It was never responded to.

4    Q.    You're holding something in your hand, Mr. Hunter.

5    I wonder what it is.

6    A.    It's a memo from HR/G, Ms. Joanna M. Lishman, in

7    response to a grievance I filed concerning the promotion that

8    we're discussing, the application for the GS-13 that we're

9    discussing.

10    Q.    Okay.

11    A.    And in this document it says that management failed

12    to respond to my application.

13    Q.    Okay.  That would confirm what you just told me.

14    A.    Correct.

15    Q.    Let me back you up then and ask you a couple

16    questions about that document you're holding.  When did you

17    file a grievance concerning the lack of a response or lack of

18    a favorable response to your request to be put into the GS-13

19    grant position vacated by Joyce Love?

20    A.    May 7th, 2004.

21    Q.    What is the status of that grievance today?

22    A.    It's dead.  No action was taken.  No request for a

23    arbitrator was requested.

24    Q.    So the union didn't request arbitration?

25    A.    We didn't pursue it.  I should say the union did not

1  pursue it.  Maybe that's a better choice of words.

2      Q.    Did you file an EEO complaint over management's

3  failure to respond to your February 14th, 2004 application for

4  the Grant Specialist position at the GS-13 level?

5      A.    I didn't file an EEO complaint on that issue, no.

6      Q.    Okay.  I just wanted to be sure.

7      A.    Right.

8      Q.    I didn't think you had, but I wanted to be sure.

9      A.    Not on that issue, no.

10     Q.    Okay.  At some point you became aware that ECA did

11 put a vacancy announcement out for a Grant Specialist position

12 in the section, correct?

13     A.    Yes.

14     Q.    Do you know when you became aware of that?

15     A.    Probably, if my memory serves me correctly, is when

16 Ms. Allen made an announcement in a staff meeting that Julie

17 Johnson has been selected for the position.

18     Q.    Oh, so you didn't know that it had gone out?

19     A.    Yes.

20     Q.    How did -- did you ever become aware of where the

21 announcement was posted?

22     A.    No.

23     Q.    Okay.  The position was advertised at the GS-11 or

24 12 level, correct?

25     A.    Correct.

1    Q.    And so you wouldn't have applied for that position

2  anyway because you were already at the GS-12 position, right?

3    A.    Correct.

4    Q.    Did you have any discussions with anybody in ECA or

5  Human Resources about the decision to make the position at the

6  GS-11 or 12 level?

7    A.    Yes.

8    Q.    Who did you talk to?

9    A.    Head of the Human Resources, Jackie Hill.

10    Q.    Jackie Hill?

11    A.    Jackie Hill, Jacqueline Hill.  She was the Human

12  Resource Chief at the time.

13    Q.    When did you talk to her about that?

14    A.    Around the date of my memo to her which was February

15  the 17th of 2004.

16    Q.    And what did you say to Ms. Hill?

17    A.    I first had discussions about a motion [sic] to the

18  GS-13 level and how that could come about or how ECA could

19  promote me to a GS-13 level.

20    Q.    Was that even before Ms. Love retired that you were

21  having --

22    A.    It was after.

23    Q.    -- those discussions?

24    A.    That was after.

25    Q.    After, okay.

1     A.   I probably had discussions with Ms. Hill before Ms.

2   Love retired about being promoted to a GS-13.

3     Q.   And what had she told you in that regard?

4     A.   If I recall, Ms. Allen --

5     Q.   Well, what did Ms. Hill tell you?

6     A.   That Ms. Allen --

7     Q.   Okay.

8     A.   -- needs to do certain things in order for me to be

9   promoted.

10     Q.   What kinds of things?

11     A.   Advertise the position.

12     Q.   She needs to have a vacancy?

13     A.   Vacancy announcement.  A position must be vacant,

14   correct, advertise the position.

15     Q.   Okay.

16     A.   We just had general discussions of the process.

17     Q.   Okay.  Was ECA fully staffed with Grant Specialists

18   in early 2004, to your knowledge?

19     A.   I can't recall.  To be honest, I don't know because

20   I didn't have access to their staffing pattern, so I don't

21   know the answer to that question.

22     Q.   Okay.  That's perfectly fair.  What did Ms. Hill

23   tell you about -- well, did you mean to tell me a minute ago

24   that you and Ms. Hill discussed specifically advertising the

25   position, the GS-11/12 level?

18

1    A.    No, just promoting me --

2    Q.    Promoting you.

3    A.    -- to a 13, what it would take to promote me to a 13

4  level.

5    Q.    Okay.  I think my question was did you ever speak to

6  anyone either in ECA or in Human Resources concerning the

7  decision to post the vacancy at the GS-11 or 12 level as

8  opposed to the GS-13?

9    A.    No.

10    Q.    You never talked to anybody about that?

11    A.    No, not that I can recall, no.

12    Q.    You never spoke to Ms. Allen about that?

13    A.    No.

14    Q.    Okay.  So the first time you knew that Ms. Love's

15  position was filled was when Ms. Allen announced at a staff

16  meeting that Julie Johnson had been selected?

17    A.    Correct.

18    Q.    And did you know at what GS level Ms. Johnson would

19  be placed?

20    A.    No.  I took a guess in thinking it was at the 12

21  level because she was an 11 previously.

22    Q.    Did you ever come to find out whether you were

23  correct or not?

24    A.    Yeah.

25    Q.    Were you correct?

1    A.    Yes, I was.

2    Q.    So I have that date as April 2004.  Is that

3  consistent with your memory that Ms. Johnson was selected?

4    A.    Yes.

5    Q.    Okay.  Did you know Ms. Johnson before she was

6  selected?

7    A.    Yes.

8    Q.    How long had you known her?

9    A.    Two years.  Maybe two years she's been employed with

10  us.

11    Q.    So in April of 2004 you had already known her for a

12  couple of years?

13    A.    Correct.

14    Q.    Okay.  How well did you know her?

15    A.    As a coworker, colleague.

16    Q.    Was ECA organized in teams of Grant Specialists?

17    A.    Yes.

18    Q.    Was she on your team?

19    A.    Yes.

20    Q.    Okay.  So did you work on projects together?

21    A.    Some, yes.  Very few, but yes.

22    Q.    Okay.  But you had worked on projects with her?

23    A.    Yes, I had.

24    Q.    Did you have an impression of her work?

25    A.    Depends.

1     Q.     What does it depend on?

2     A.     What aspect of the work you're talking about.

3     Q.     I'm just asking if based on the projects that you

4 worked on together, whether you -- first of all, let me ask

5 you whether you were able to make any assessment of her work

6 abilities?

7     A.     I'm aware of her work abilities, yes.   I'm aware of

8 them.

9     Q.     And how would you generally describe them?

10    A.     I'm not a supervisor.   I was not a supervisor.   If

11 you want me to put on a supervisor's hat at this time, I can

12 go back -- I can look back and do a retroactive thinking and

13 --

14    Q.     I'm really not trying to ask you a complicated

15 question, Mr. Hunter.  Was she good at her job?

16    A.     She was learning.   She was still learning.

17    Q.     Okay.   That's fair.

18    A.     She was learning.

19    Q.     Okay.   That's perfectly fair.   Did you know her well

20 enough in April of 2004 to have some idea of how old she was?

21    A.     Yes.

22    Q.     Did you know whether she was over or under 40?

23    A.     I knew she was under 40.

24    Q.     Okay.   Do you know how many people applied for the

25 position that she received in April of 2004 total?

21

1    A.   Are we talking today?

2    Q.   No, at the time.

3    A.   At the time, no.

4    Q.   You didn't know then?

5    A.   No.

6    Q.   So you didn't know any of the other applicants in

7 April of 2004?

8    A.   I was under the assumption that Sara Swann who

9 worked in our office as the Program Coordinator would be

10 applying for the job.

11    Q.   Is a Program Coordinator different from a Grant

12 Specialist?

13    A.   Yes, it is.  They're support staff.  Program

14 Coordinator supports the Grant Specialists.

15    Q.   What GS level was Sara Swann in April of 2004?

16    A.   GS-8.

17    Q.   And I take it Ms. Swann is over the age of 40?

18    A.   Yes, she is.

19    Q.   Or was in April of 2004?

20    A.   Yes, she was.

21    Q.   Okay.  So you thought you knew of one other

22 applicant who was over the age of 40 who had probably applied?

23    A.   Yes.

24    Q.   But you told --

25    A.   I knew of several.  Are we talking ECA as a whole or

1    just within my office?

2       Q.    I'm trying to get a sense of what you knew about the

3    applicant pool for the position that Ms. Johnson got in April

4    of 2004.

5       A.    The actual applicants, I don't know.

6       Q.    Okay.

7       A.    I know of people within ECA who wanted or may have

8    applied for a Grant Specialist position.  I don't know whether

9    they applied at that time or not --

10      Q.    Okay.

11      A.    -- but in speaking with these employees and them

12   expressing their desire to become Grant Specialists, I knew

13   when one of the positions became available they would be

14   applying.

15      Q.    Okay.  And I take it you've had discussions with

16   these folks since April of 2004?

17      A.    Yes, I have.

18      Q.    Okay.  That's fine.  I'm just trying to get a sense

19   of what you knew in April of 2004.  And I take it that you

20   knew Ms. Johnson had been selected and that she was under the

21   age of 40?

22      A.    Correct.

23      Q.    Okay.  I think the next thing that happens that's

24   relevant to your suit, this one, is in March of 2005 when Ms.

25   Allen selected a woman named Deborah Thompson as another Grant

23

 1  Specialist --

 2      A.    Yes.

 3      Q.    -- is that right?

 4      A.    Um-hum.

 5      Q.    And that was to fill a position vacated by another

 6  employee, correct?

 7      A.    I don't know.  I better not speak on that.  I recall

 8  Ms. Allen stating that she would be having some new Grant

 9  Specialist positions becoming available.

10      Q.    In early 2005?

11      A.    Yeah, yeah, yes.

12      Q.    Oh, wait.  Hold on here.  Now I am confused.  In

13  March of 2005, Deborah Thompson was selected as Grant

14  Specialist, but only at the GS-9 level.  Does that sound

15  right?

16      A.    Sounds about right.

17      Q.    Do you know Deborah Thompson?

18      A.    Just from an employee around the building.

19      Q.    Do you know what her position was prior to her

20  selection?

21      A.    I was under the assumption she was a Program

22  Assistant or a Program Coordinator in one of the Bureau's

23  Program Office -- the ECA's Program Office.

24      Q.    So she had occupied a similar position to that of

25  Sara Swann?

24

1     A.    Yes.

2     Q.    Okay.

3     A.    That was my assumption.

4     Q.    Do you know how old Ms. Thompson was in March of

5     2005 when she was selected to be a Grant Specialist?

6     A.    In seeing her, she was under 40.

7     Q.    Okay.  You didn't apply for the position that Ms.

8     Thompson got, correct?

9     A.    No, I did not.

10    Q.    But you were aware that Ms. Allen had selected her?

11    A.    Well, Ms. Allen made the announcement, yes.

12    Q.    Okay.  Do you have any reason to doubt that Ms.

13    Allen also made the selection?

14    A.    Yes, I do.

15    Q.    Why?

16    A.    Ms. Allen is influenced by Ms. Connie Stinson and

17    Maggie Ahern in her selection or hiring process.

18         REPORTER:  Could you spell their names, please?

19         WITNESS:  Stinson is S-T-I-N-S-O-N.

20         REPORTER:  Okay.

21         WITNESS:  Ahern, A-H-E-R-N-S [sic].  Maggie Ahern,

22    Connie Stinson.

23         REPORTER:  Thank you.

24         BY MS. LYONS:

25    Q.    Why do you believe that Ms. Allen is influenced by

1  Ms. Stinson or Ms. Ahern in making selections, and what do you

2  mean by that?

3      A.   Ms. Allen depended -- and I can go as far to say

4  Phyllis Swann also.  Those were the three that she relied on

5  to -- she consulted them.  She consulted those employees in

6  the office as to what went on in the office or -- I'm not

7  explaining this good.  Ms. Allen depended on these three

8  employees to give her guidance on the hiring and selection

9  process because I truly believe Ms. Allen didn't know our work

10  process.

11      Q.   Let me ask you some questions to help develop this

12  idea.

13      A.   Okay.

14      Q.   Ms. Stinson, Ms. Ahern and Ms. Swann, do they occupy

15  substantially similar positions?

16      A.   Yes, they do.

17      Q.   What is that position?

18      A.   The GS-13 Grant Specialists in the office.

19      Q.   So they are subordinates of Ms. Allen's?

20      A.   Correct.

21      Q.   And are they each sort of the team leaders from what

22  you were describing?

23      A.   Correct.

24      Q.   Which one of them was your team leader in --

25      A.   Stinson had been my team leader the duration --

1        A.    Yes, over 40.

2        Q.    Thank you.  I didn't make that clear at all.  And

3    Ms. Swann, how old was she?

4        A.    Under -- I really don't know, but I'm going to take

5    a guess and say under 40.

6        Q.    Okay.  Fair to say she might be kind of near 40?

7        A.    Yes.

8        Q.    You're not sure?

9        A.    Yes, yes, I think so, near 40.

10       Q.    Okay.  We won't pin you down.

11       A.    Okay.

12       Q.    We don't want to get you in trouble.

13       A.    All right.

14       Q.    When Ms. Allen selected Julie Johnson April of 2004

15   for the Grant Specialist position, whose team was Julie

16   Johnson working on at that time, if you know?

17       A.    I think it was Ahern, but after the selection she

18   moved to Stinson's team.

19       Q.    Okay.  Did you ever discuss with Ms. Ahern or Ms.

20   Allen the selection of Ms. Johnson?

21       A.    No.

22       Q.    In August of 2005, Ms. Allen made a selection for

23   another vacant Grant Specialist position.  Do you recall that?

24       A.    Yes.

25       Q.    And that selectee was Kenyetta Gunther?

1    A.   Yes.

2    Q.   K-E-N-Y-E-T-T-A?

3    A.   I think that's it, yes.

4    Q.   So this is August of 2005 when that selection was

5  made --

6    A.   Yes, yes.

7    Q.   -- or there abouts?

8    A.   Um-hum.

9    Q.   Did you know Ms. Gunther before she was selected?

10    A.   No.

11    Q.   Where did she come from, if you know?

12    A.   I just know outside of the Department of State.

13    Q.   How did you find out that Ms. Gunther had been

14  selected?

15    A.   Ms. Allen announced it at a staff meeting.

16    Q.   Did you know what GS level Ms. Gunther had accepted

17  the Grant Specialist position at?

18    A.   Eventually I came to find out, but not at the time,

19  no.

20    Q.   Did you apply for the position that Ms. Gunther

21  received?

22    A.   No.

23    Q.   What GS level did you eventually come to understand

24  she got it at?

25    A.   A GS-9.

1    Q.   Okay.  You wouldn't have applied for a GS-9

2  position, correct?  You were already at a GS-12.

3    A.   Correct.  This is something I need to hear.  I want

4  to make sure this is on the record, that there was no

5  announcement for Ms. Gunther's job.

6    Q.   How do you know that?

7    A.   Through discovery of documents that were provided by

8  the Agency.

9    Q.   It would be two different things, wouldn't you

10  agree, if there was no vacancy announcement or there were no

11  documents produced to you during discovery regarding a vacancy

12  announcement, right?  Those are two different things?

13    A.   Could you repeat your question?

14    Q.   Well, you're saying that there was no vacancy

15  announcement, right?

16    A.   Correct.

17    Q.   And you're basing that on the fact that apparently

18  to your understanding you weren't provided copies of the

19  documents in discovery from the Defendant?

20    A.   There's a note in the file saying that Ms. Gunther

21  was selected from a previous cert.

22    Q.   Oh, that's right.  I remember that now.  You're

23  right.  She had been an applicant when, I think, Ms. -- for

24  the same vacancy that Ms. Thompson's selection was made from?

25    A.   She was selected from that cert, yes.

1   making a selection, was Ms. Allen permitted to choose somebody

2   not on the list?

3        A.   Was she permitted to choose someone not on the list?

4        Q.   Right.

5        A.   Could you rephrase the question?

6        Q.   I can try --

7        A.   All right.

8        Q.   -- and I admit I'm not doing terribly well with it.

9   Let me try it this way.  To your knowledge, when Ms. Allen

10  receives a cert list with nine names on it, does she have to

11  pick somebody on that list to fill a position?

12       A.   No.  My understanding, no.

13       Q.   What is your understanding of what she can do?

14       A.   That she can go back out and ask for another list of

15  candidates, that she doesn't have to choose from that list,

16  and re-advertise the position and get a new pool of

17  candidates.

18       Q.   Okay.  So when Ms. Kenyetta Gunther came to work in

19  your section in August of 2005, could you make a guess at how

20  old she was?

21       A.   Yes.

22       Q.   And did you believe she was under 40?

23       A.   Yes, I did.  Yes, I did.

24       Q.   And is that what motivated you in August of 2005 to

25  file an EEO complaint?

1     A.   Motivated me?  I'm not sure of your question.

2     Q.   Okay.  Let's try this.

3 (Whereupon, the document that was referred to as Exhibit

4 Number 1 was marked for identification.)

5         BY MS. LYONS:

6     Q.   Mr. Hunter, I'm handing you what's been marked as

7 Exhibit Number 1.  This is an e-mail that you sent on August

8 25th, 2005, correct?

9     A.   Yes.

10    Q.   Have you seen this document before?

11    A.   Yes, I have.

12    Q.   And you sent this e-mail, right?

13    A.   Yes, I did.

14    Q.   Who is Jacqueline A. Canton?

15    A.   The EEO manager in the Office of Civil Rights for

16 the Department of State.

17    Q.   And who is Arlene Brandon?

18    A.   A EEO Specialist in the Office of Civil Rights for

19 the Department of State.

20    Q.   And you sent them this e-mail with the two documents

21 that are attached to it, correct?

22    A.   Correct.

23    Q.   And the first document, which is the second page of

24 this exhibit, it says it's a complaint based on a variety of

25 things, and it's dated August of 2005, right?

```
 1        A.    Correct.

 2        Q.    And one of the things that -- under Dates of

 3   Allegations, one of the things that you were complaining about

 4   was Ms. Gunther's selection as a Grant Specialist?

 5        A.    Correct.

 6        Q.    And the next part of that sentence says that what

 7   you're complaining about is that the position was downgraded

 8   to a GS-9/11/12.  Do you see that part?

 9        A.    Yes, I do.

10        Q.    And that's what you were complaining about in August

11   of 2005?

12        A.    Correct.

13        Q.    Just with regard to Ms. Gunther's selection?

14        A.    Correct.

15        Q.    But you had been aware of that back in 2004 when Ms.

16   Johnson was selected, right?

17        A.    Aware of what?  I'm not sure --

18        Q.    Well, aware that the position had been downgraded.

19        A.    You're talking two different positions.  In 2004, it

20   was Love's position that was downgraded.

21        Q.    Right.

22        A.    This is Swann's.

23        Q.    Right.  I'm sorry.  I got confused before because I

24   couldn't remember Swann's name.

25        A.    Okay.
```

1     Q.   Okay.  Well, when Ms. Swann retired, did you have

2  any discussions with Ms. Allen or anybody else about how that

3  position would be filled?

4     A.   No, because it was done so quickly.

5     Q.   When did Ms. Swann retire?

6     A.   Ms. Swann received a position in another bureau, a

7  promotion to another position in another bureau within the

8  Department of State.

9     Q.   Oh, she didn't retire?

10     A.   No.

11     Q.   She went somewhere else?

12     A.   She received a promotion.

13     Q.   Okay.  So her position became vacant when?

14     A.   Phyllis maybe left in June -- May, June.  I'm not

15  sure.

16     Q.   It was 2005?

17     A.   Correct.

18     Q.   Okay.

19     A.   A month or two before -- no.  It was probably --

20  let's say several months before Gunther was selected Swann

21  left.

22     Q.   Okay.  So --

23     A.   Three or four months.

24     Q.   Okay.  That's fine.  So when Ms. Swann vacated her

25  position, did you approach Ms. Allen to see if you could be

1      A.    I think so.

2      Q.    Okay.  So to the best of your knowledge when did you

3   know that Ms. Swann's replacement had been selected?

4      A.    A month after she left.

5      Q.    A month after Ms. Swann left?

6      A.    Correct.

7      Q.    And you didn't find out that it was Ms. Gunther

8   until August of 2005?

9      A.    When she came on board.

10     Q.    And when you met her, you knew she was under 40?

11     A.    Correct.

12     Q.    And that's part of what you included in the

13  complaint that you sent on August 25th, 2005 with this e-mail?

14     A.    Correct.

15     Q.    Were you ever contacted concerning this complaint by

16  the EEO Office?

17     A.    Good question.  No -- yes.  I may have -- excuse me,

18  I'm sorry.

19     Q.    That's okay.

20     A.    I sent a follow-up e-mail asking for a reply to this

21  and one of the EEO Specialists sent me an e-mail back saying

22  that they would be processing the complaint, and that was the

23  last thing I heard on this complaint.

24     Q.    When did you send that follow-up e-mail?

25     A.    I don't -- probably a month after this date,

1    somewhere in September or first of October.

2         Q.    Who did you contact with the follow-up e-mail?

3         A.    I want to say Ms. Brandon, but it may have been

4    someone else.    Another name is -- I can't think of her name at

5    this time.

6         Q.    Okay.  Did you receive a response to your follow-up

7    e-mail?  I think you said you did.

8         A.    Yes, I did, saying that she would have someone

9    process it.

10        Q.    So it was essentially in a que to be processed --

11        A.    Correct.

12        Q.    -- the last time you heard about it?

13        A.    Correct.

14        Q.    You never did any informal counseling about it?

15        A.    No.

16        Q.    You never were interviewed about the allegations on

17    the complaint?

18        A.    Correct.

19        Q.    And you don't have any other documentation

20    associated with the complaint, do you?

21        A.    What documentation?

22        Q.    Like a Report of Investigation?

23        A.    No, no Report of Investigation.

24        Q.    Okay.

25        A.    It was eventually sent over to EEOC.

1      Q.    Well, we're going to get to that in a minute --

2      A.    Okay.

3      Q.    -- because I have more documents concerning at least

4 some of the content --

5      A.    Right.

6      Q.    -- but I wanted to close off and make sure that the

7 gap I find here really exists.  So you sent the e-mail

8 complaint and you sent a follow-up e-mail to which you got a

9 response that said it is in the process.

10      A.    It will be processed.

11      Q.    It will be processed.  And that's the last you heard

12 from the EEO Office of the Department of State about this?

13      A.    Correct.

14      Q.    Okay, fine.  I'm going to jump ahead in time just

15 for a minute --

16      A.    Okay.

17      Q.    -- to close off where you are and what you do now.

18 Am I right that it's in June of 2006 that you left ECA and

19 moved to another bureau within the State Department?

20      A.    Yes.

21      Q.    And when you made that move in June of 2006, you

22 were promoted from a GS-12 to a GS-13?

23      A.    Correct.

24      Q.    And what part of the Department of State do you work

25 in now?

1       A.    The Bureau of Administration.

2       Q.    And you're still a Grant Specialist, right?

3       A.    Correct.

4       Q.    Who is your supervisor now?

5       A.    I have a team leader, Joanne Snearley, S-N-E-A-R-L-

6  E-Y, and I think my supervisor of record is an Anne Truitt, T-

7  R-U-I-T-T.

8       Q.    Okay.  Did you apply for the GS-13 Grant Specialist

9  position in the Bureau of Administration?

10      A.    Yes, I did.

11      Q.    Did you submit a performance evaluation from ECA as

12  part of your application?

13      A.    Yes.

14      Q.    Do you know whether Ms. Allen was contacted in

15  connection with your application for the position in the

16  Bureau of Administration?

17      A.    No.

18      Q.    You don't know or --

19      A.    I don't know whether she was contacted, no.

20      Q.    Okay.  Do you know whether Ms. Allen played any role

21  at all --

22      A.    No, I don't.

23      Q.    Okay.  Are you aware of any efforts by Ms. Allen to

24  prevent you from being promoted into this GS-13 position in

25  the Bureau of Administration?

1    now marked as Exhibit Number 2.  Do you recognize this

2    document?

3        A.    Yes, I do.

4        Q.    Is that your signature on page 5?

5        A.    Yes, it is.

6        Q.    And this is a January 9, 2006 -- it looks like a

7    letter, but then it's got numbered paragraphs, so I don't know

8    what to call it, but let's call it a submission --

9        A.    Okay.

10        Q.    -- to the Equal Employment Opportunity Commission,

11    right?

12        A.    Yes.

13        Q.    And this is where you gave notice of an intent to

14    file suit within 30 days against the Department of State for

15    your age discrimination claim?

16        A.    Correct.

17        Q.    How did you send it to the EEOC, by what means?

18        A.    Mail, first-class mail.

19        Q.    Did you give a copy of it to anybody at the State

20    Department?

21        A.    I don't recall.

22        Q.    What prompted you to send this --

23        A.    Yes, I did.

24        Q.    Sorry.

25        A.    I took this over to the Office of Civil Rights.  I

1  recall I took this over to the Office of Civil Rights also.

2      Q.  Okay.  What prompted you to send this written notice

3  of intent to file suit to the EEOC?

4      A.  I'm not sure what you -- I understand your question.

5      Q.  Okay.

6      A.  There was a series of events that took place that

7  led up to this.

8      Q.  Okay.  What were they?

9      A.  This complaint, Exhibit 1, took place.  From there a

10 deposition with Ms. Allen.  I think -- I don't know the date

11 on that, and discussions with my lawyer.

12     Q.  Okay.  And all those things taken together led you

13 to believe that Ms. Allen had discriminated against you on the

14 basis of your age?

15     A.  Correct, and the fact of what I had been -- the

16 people that Ms. Allen had been hiring over the past four

17 years.  As I stated in my complaint, I --

18     Q.  You're looking at Exhibit 1?

19     A.  Yes, Exhibit 1, second page, last sentence, first

20 paragraph.

21     Q.  Last sentence, first paragraph.  That sentence

22 reads, "ECA has hired women all under the age of 40 to fill

23 the last five vacant Grant Specialist positions."

24     A.  And that's probably over a three or four year

25 period.

1                    BY MS. LYONS:

2          Q.    All right.  Mr. Hunter, when we broke I took the

3    opportunity to go and get a copy of Ms. Allen's deposition

4    which I happened to have in my office, and I'll be happy to

5    show you a copy of it, but Ms. Allen's deposition happened on

6    June 6th, 2005, correct?

7          A.    Correct.

8          Q.    And you were present when the deposition was taken?

9          A.    Yes.

10         Q.    And you were saying it was on the basis of Ms.

11   Allen's testimony on June 6th, 2005 that you first believed

12   you were the victim of age discrimination in particular?

13         A.    No.

14         Q.    Okay.  What did --

15         A.    I am saying that was, using the layman term, the

16   last straw.  I had been believing that I was being

17   discriminated against because of my age, but hearing it from

18   and directly from my supervisor is what led me to go file.

19         Q.    I see the distinction you're drawing.  When did you

20   first believe you were the victim of age discrimination?

21         A.    On several occasions when Julie Johnson first came

22   into the office in 2002.

23         Q.    What was it about her hiring that made you think you

24   were the victim of age discrimination?

25         A.    A young white female.  Excuse me.  There were two

1    others that came on board either around the time that Julie

2    Johnson was hired or before.

3        Q.   Okay.  Who were they?

4        A.   One I know, her name is Darcy Damon.

5        Q.   Can you spell Darcy?

6        A.   Darcy.  I'm sorry, Darcy, D-A-R-C-Y, Darcy, and

7    Damon.  And who was the other?  She left.  She was only there

8    for a year.  Kim -- what was Kim's last name?  I can't think

9    of Kim's last name at this time.

10       Q.   If it comes to you, you can tell me.

11       A.   Okay.

12       Q.   Her name is not that important.

13       A.   Okay.

14       Q.   So it was the hiring of three young white females --

15       A.   Correct.

16       Q.   -- that made you think you were the victim of age

17   discrimination?

18       A.   Made me start to think that I wasn't going to be

19   given an opportunity to be promoted in that office because of

20   Ms. Allen's hiring patterns.

21       Q.   But you were promoted after 1992, correct?

22       A.   This was in 2002.

23       Q.   Oh, I'm sorry.

24       A.   2002 was when these hirings took place.

25       Q.   Okay.  But all these women came in -- Ms. Johnson,

1  Ms. Damon and Kim, whoever she is, they came in at a lower GS

2  level that you were, correct?

3      A.    Yeah.  Well -- I'm not sure if Kim -- Kim may have

4  come in at a higher.  She may have come in at the 12 level.

5      Q.    But you don't know?

6      A.    I don't know.

7      Q.    Okay.  Well, what exactly is the -- I don't want to

8  use lingo here, so if you don't understand, just tell me, but

9  what exactly is the adverse action you're complaining about

10  that you were victimized on account of your age in this

11  lawsuit?

12     A.    The adverse action?

13     Q.    Yes.  What did you not get that you should have?

14     A.    A promotion.

15     Q.    A promotion to GS-13?

16     A.    Correct.

17     Q.    When?  When were you denied the promotion to GS-13?

18  Is that when Ms. Love retired?

19     A.    That was one instance.

20     Q.    Okay.  So that's one time when it happened, and that

21  was in 2004?

22     A.    Correct, January 2004.

23     Q.    Okay.  When the next time you think you got denied a

24  promotion to GS-13?

25     A.    Swann's vacant position.  I believe she left in

1  either April or May of 2005.

2      Q.   I think I've got it now.  So when Ms. Love retired

3  from the GS-13 level in --

4      A.   January.

5      Q.   -- early 2004 --

6      A.   Correct.

7      Q.   -- you believe you should have been put into that

8  GS-13?

9      A.   Or at least given an opportunity to compete for that

10  position.

11      Q.   Okay.  So it's the decision to downgrade the GS-13

12  position from Ms. Love to a GS-11 or 12 that you're

13  complaining about?

14      A.   Correct.

15      Q.   Okay.  And that happened in February, certainly no

16  later than March, 2004?

17      A.   That's when they hired someone to fill that

18  position.

19      Q.   Right, but you didn't apply for the position prior

20  to the selection?

21      A.   Yes, I did.

22      Q.   You did apply for the position?

23      A.   Yes, I did.  The vacant position, the GS-13, I did.

24      Q.   Yes, yes.  We talked about that at the beginning.

25      A.   Correct.

1       Q.    That was a position you applied for, but there

2  hadn't been an associated vacancy announcement?

3       A.    Correct.

4       Q.    And you didn't hear back from that application --

5       A.    Correct.

6       Q.    -- and you filed a union grievance in May of 2004?

7       A.    Correct.

8       Q.    And you never filed an EEO complaint about that?

9       A.    Correct.

10       Q.    Okay.  And then the next instance is when another

11  GS-13 leaves.  That's Ms. Swann.

12       A.    Correct.

13       Q.    And that's in --

14       A.    August -- excuse me, May.

15       Q.    May of 2005?

16       A.    Right, um-hum.

17       Q.    But you didn't submit an application for the GS-13

18  position in May of 2005, right?

19       A.    Because of the process that they went about filling

20  that position.

21       Q.    Because you found you before you submitted the

22  application -- as you had previously, you found out that they

23  were going to make a selection off the list?

24       A.    Well, I knew that they was going to advertise --

25       Q.    Okay.

1       A.   -- for the Love position.  I knew they was going to

2  go out and advertise for a position.

3       Q.   How did you know that?

4       A.   Common knowledge that they wanted to promote Julie

5  Johnson.

6       Q.   I'm going to need more than common knowledge that

7  they --

8       A.   Well, office gossip.  Let's word it that way, office

9  gossip that they wanted to promote Julie Johnson.

10      Q.   When you say they, who are you referring to?

11      A.   Let's be specific.  Ms. Allen wanted to promote

12  Julie Johnson.  Office gossip that Ms. Allen was looking to

13  promote Julie Johnson.

14      Q.   Did you ever hear Ms. Allen she wanted to promote

15  Ms. Johnson directly?

16      A.   Directly, no.

17      Q.   Okay.  I'm trying to get my head wrapped around the

18  chronology.  So in May of 2005 you find out that Ms. Swann is

19  leaving your bureau to go some place else, right?

20      A.   Correct.

21      Q.   She's leaving a GS-13 position to your knowledge,

22  right?

23      A.   Correct.

24      Q.   And you didn't apply for that -- what you perceived

25  to be a vacancy at that point, right?

1    A.    Correct.

2    Q.    And you didn't do that because why?

3    A.    Because of the previous application that I submitted

4 for Love's position.

5    Q.    Well, you didn't hear anything in response to that,

6 right?

7    A.    Correct.

8    Q.    So you thought it would be futile to do it again?

9    A.    Correct.

10    Q.    Okay.  I want to understand your thought process.

11    A.    Yes.

12    Q.    So you didn't do the same thing you had done before?

13    A.    Correct.

14    Q.    And instead -- in June Ms. Allen got deposed, of

15 2005?

16    A.    Correct.

17    Q.    And on the basis of her testimony you did the two

18 things on August 25th that we've looked at in the documents?

19    A.    Correct, along with physically seeing Ms. Gunther

20 who was hired to fill Swann's.

21    Q.    Right, because that happened in August, as well?

22    A.    Correct.

23    Q.    She came on board in August of 2005?

24    A.    Correct.

25    Q.    And you had met her before August 25th, 2005?

1  that you seek has to do with your non-selection for positions

2  above the GS-13 level, right?

3      A.    Correct.

4      Q.    One of those positions is a Supervisory Budget

5  Analyst position --

6      A.    Yes.

7      Q.    -- in the Division of Budget Execution?

8      A.    Right.   It's the Budget Office for ECA.

9      Q.    Have I got the name right there?

10     A.    I think so.

11     Q.    It makes more sense to me the way you called it, but

12 I used the official name.

13     A.    Okay.

14     Q.    Is that the first position -- wait, let me ask you

15 this.  Did you apply for that position?

16     A.    I inquired with head of Human Resources.

17     Q.    You asked whether essentially you'd be eligible for

18 the position?

19     A.    I was asking whether the position could be

20 advertised at a 13/14 level.

21     Q.    Okay.  It was advertised for a GS-14?

22     A.    Correct.

23     Q.    And so you asked Human Resources whether --

24     A.    Was it possible for it to be announced at the 13/14

25 level.

58

1    Q.    And what were you told?

2    A.    I don't recall the actual wording of the

3 conversation, but the bottom line is management wanted it

4 posted at the 14 level.  It was going to be posted at the 14

5 level.

6    Q.    So did you apply?

7    A.    No.

8    Q.    Because you knew you wouldn't be eligible --

9    A.    Right.

10    Q.    -- with the time and grade at the next lower level?

11    A.    Correct.

12    Q.    My understanding of that Supervisory Budget Analyst

13 position in the Budget Office for ECA at the GS-14 level is

14 that no selection was made in February of 2006 when the first

15 Certificate of Eligibles was issued.  Do you have a different

16 understanding of that or am I right?

17    A.    Today that's the understanding I have, yes.

18    Q.    Okay.  And I understand that in October of 2006 the

19 position was re-advertised, is that correct?

20    A.    Correct.

21    Q.    And a person named Yolanda Robinson was selected?

22    A.    Correct.

23    Q.    Do you know her?

24    A.    Personally, no.

25    Q.    Have you ever met her?

```
 1       A.   I would say as earlier as 2002, 2003.  I'm not sure
 2  of the year, but I've had a conversation, at least one, maybe
 3  two, with her where she mentioned that she wanted to hire
 4  younger people and to bring younger people into the office.
 5       Q.   Did she say younger than whom or younger than what
 6  age?
 7       A.   Younger.
 8       Q.   She used the word younger?
 9       A.   Yes, she did.
10       Q.   How did you respond when she said that?
11       A.   I just stored it in my brain and went through the
12  process of dealing with my other issues I had going on with
13  her and -- with Ms. Allen, and it was just stored in my brain.
14  I took it for what it was said -- for what was said.
15       Q.   When Ms. Allen uses the word younger, is it possible
16  that she means younger in terms of their career development?
17       A.   I took it as age.  I really did.
18       Q.   My question is is it possible that she meant
19  something different than how you took it?
20       A.   Is it possible?
21       Q.   Yes.
22       A.   Yes, it is.
23       Q.   Okay.  Have you received training while you've been
24  an employee of the federal government in discrimination
25  matters?
```

1    Q.    Yes, sir, and without -- I mean I would expect the

2  answer to can you tell me every to be no, probably not, but

3  can you name for me all the people that you know she's been

4  and whether or not you know they're over or under 40?

5    A.    Yes.

6    Q.    Okay, go ahead.

7    A.    Okay.  You're saying when they were hired and

8  promoted or you want to do two different categories?

9    Q.    Whatever way's easiest for you, if you just want to

10  list them or if you want to categorize them, either way.

11    A.    Kim Steinburg.  Her last name -- the Kim that I

12  mentioned earlier.

13    Q.    Kim?

14    A.    Yeah, Steinburg.

15    Q.    Steinburg, okay.

16    A.    Steinburg.

17        REPORTER:  Can you spell their names if you can?

18        WITNESS:  S-T-E-I-N-B-U-R-G.  I think that's the

19  spelling of her name.

20        BY MS. LYONS:

21    Q.    Okay.  And what action did Ms. Allen take with

22  respect to Ms. Steinburg?

23    A.    She hired her and promoted her.

24    Q.    And was Ms. Steinburg over or under 40?

25    A.    Under 40.  She was under 40.

1     Q.   Okay.  And what year was she hired, if you know?

2     A.   Before -- it would have had to have been 2001.  She

3 was there before Julie Johnson, it was 2001.

4     Q.   Okay.  Who else?  I mean you're on this list, right,

5 as having been promoted?

6     A.   No, I'm not.  You said 2002?

7     Q.   No.  I said since 1997.

8     A.   Oh, I'm mistaken then.  Let's go back.

9     Q.   Okay.

10    A.   The first ones is Phyllis Swann --

11    Q.   Okay.

12    A.   -- and Joyce Love was promoted to the GS-13 level.

13    Q.   Okay.  And when did that happen?

14    A.   December of '99.

15    Q.   And were they over or under 40 when that happened?

16    A.   They were over 40.

17    Q.   Okay.  By what mechanism were they promoted to GS-

18 13?

19    A.   Competitive service -- competitive competition.

20    Q.   So a vacancy announcement?

21    A.   Vacancy announcement.

22    Q.   Did you apply for that vacancy announcement?

23    A.   No.

24    Q.   Because you weren't yet a GS-12?

25    A.   I was one month short --

70

1    Q.    Okay.

2    A.    -- of being eligible.

3    Q.    Okay.  Let's go on.

4    A.    Kim Steinburg would have been the next one.

5    Q.    And she was hired in 2001, you said?

6    A.    Correct.

7    Q.    And do you know what level she was hired at?

8    A.    I think at the 11.

9    Q.    So she -- and then she was promoted later to a 12?

10   A.    Correct.

11   Q.    Do you know when that happened?

12   A.    No, I don't.

13   Q.    Okay.  Who else?

14   A.    Julie Johnson was the next one to come into the

15   office.

16   Q.    All right.  And we talked a lot about her, but just

17   to keep it in this section --

18   A.    Came aboard as a GS-9, and by 2004 was a GS-12,

19   promoted into Joyce Love's position.

20   Q.    So she came in as a 9 in what year?

21   A.    2002, I think it was.

22   Q.    Okay.  And we know she's under 40?

23   A.    Yes.

24   Q.    Okay.  Who else?

25   A.    Darcy Damon.

71

```
 1        Q.   Okay.

 2        A.   A GS-9, was let go.

 3        Q.   She was let go?

 4        A.   Yes.

 5        Q.   Ms. Allen terminated her employment?

 6        A.   Correct.

 7        Q.   When did that happen, the termination?

 8        A.   Probably in 2003, '04.  I'm not sure.  She was there

 9  for about two years, maybe a year-and-a-half.

10        Q.   And when was she -- oh, well, she was hired in what,

11  2002?

12        A.   Yes, around the same time as Julie Johnson.

13        Q.   Okay.  So Ms. Damon was terminated?

14        A.   Um-hum.

15        Q.   And was she over or under 40?

16        A.   Over 40, I believe.  I believe she was over 40,

17  yeah.

18        Q.   Is she the one that you weren't too sure of before,

19  I can't remember, or was that Kim?

20        A.   That was Kim.

21        Q.   Okay.  And all the positions we've talked about, so

22  far at least, were Grant Specialists, right?

23        A.   All the positions were Grant Specialists.

24        Q.   Does Ms. Allen having hiring or supervisory duties

25  over other kinds of employees at the Department of State?
```

1      A.    When Ms. Gunther came on board.

2      Q.    You think she --

3      A.    Well -- no.  I'm mistaken.  I'm sorry.  This is

4  around the time.  She must have come on board around August

5  the 21st or after --

6      Q.    Okay.

7      A.    -- or after that date.  I'm sorry.

8      Q.    Okay.  Mr. Hunter, is the complaint -- well, your

9  claims in Civil Action 06-326, that's the action we're here

10  about today, what claims are there in that lawsuit, what kind

11  of claims?

12      A.    Age discrimination and retaliation.

13      Q.    I'm going to show you a copy of the complaint.

14           MS. LYONS:  I'd like this one marked for

15  identification, as well, but now it's marked.

16  (Whereupon, the document that was referred to as Exhibit

17  Number 12 was marked for identification.)

18           BY MS. LYONS:

19      Q.    I'm handing you a copy of the complaint which is now

20  marked as Exhibit Number 12.  Can you show me where in that

21  document you're complaining about retaliation?

22      A.    I didn't actually use the words.  I think I used it

23  at the beginning.  Let's see here.  On page 1, number 2 ---

24      Q.    Paragraph 2?

25      A.    Paragraph 2.

1       Q.    Right.

2       A.    Paragraph 2, I mentioned retaliation for previous

3  activities, for protected activities.

4       Q.    Right, but you mentioned that the law prohibits

5  retaliation and also national origin discrimination.  You're

6  not complaining about national origin discrimination in this

7  case, are you?

8       A.    No.

9       Q.    And you're not complaining about race discrimination

10  in this case, are you?

11      A.    No.

12      Q.    And is paragraph 2 the only place that you mention

13  retaliation?

14      A.    Yes, it looks to be the only place that I used the

15  word retaliation.

16      Q.    Can you point me to any other words in the complaint

17  that you say would assert a claim of retaliation even if that

18  word's not used or any facts that are alleged in there?

19      A.    Page 2, number 3.

20      Q.    Paragraph 3?

21      A.    Yes.

22      Q.    Now all that mentions is that -- it alleges that on

23  August 25th you filed the complaint of age discrimination that

24  is the administrative complaint on which this complaint is

25  founded, correct?

1      A.    Correct.

2      Q.    It doesn't mention any of your prior EEO activity,

3  correct?

4      A.    Correct.

5      Q.    So this paragraph doesn't put us on notice that

6  you're complaining about your prior EEO activity as a reason

7  for -- a problem in this case, right?

8      A.    Correct.

9      Q.    Let the record reflect you're just continuing to

10 read the complaint and looking.

11     A.    At the time I was typing this, I believed that

12 retaliation and age was a factor in the decision that

13 management made to downgrade the two positions, the Love

14 position in 2004, January 2004, and the Swann position in

15 April of 2005.  That's what I was believing were the basis for

16 them making the decision to downgrade these positions.  It was

17 retaliation and because of my age.

18     Q.    I understand that that's what you believed, but do

19 you agree with me sitting here today that the complaint that

20 you filed doesn't include any claim for retaliation?

21     A.    Other than the first paragraph, I agree -- other

22 than paragraph 2 on page 1, I agree.

23     Q.    Okay, and that's the paragraph we already discussed

24 that also mentions national origin and race, right?

25     A.    Correct.

1    supervisors?

2        A.    And HR.

3        Q.    And HR.   Do you know anybody in particular in HR who

4    was involved with the process?

5        A.    At that time I believe it was Jackie Hill.

6        Q.    Do you know from Ms. Hill that she was involved in

7    the decision?

8        A.    I seen a document that says Ms. Allen consulted with

9    Ms. Hill before making a decision.

10       Q.    Okay, but you don't have any independent knowledge

11   of their conversation?

12       A.    No.

13       Q.    Right.   All right.   What was your understanding from

14   your union grievance of management's reasons for its actions?

15       A.    That it was their choice to reprogram any vacant

16   position.

17       Q.    Do you see any conflict between that reason and the

18   reasons that have been provided by Ms. Allen in response to

19   your interrogatories in this lawsuit?

20       A.    Could you repeat the question?

21       Q.    Do you see -- isn't it true that Ms. Allen's

22   responses to interrogatories that you propounded in this

23   litigation are perfectly consistent with what you just

24   described as management's reason in the union grievance?

25       A.    That's -- the reason that management has given is a

107

1   standard reason.  I mean that's the reason they give for

2   everything that they do, it's their discretion or they -- I

3   didn't accept the reasoning.  I was not in agreement with

4   their reason because I don't believe that that was the true

5   motive behind their reason.

6       Q.   Okay.  What evidence do you have that the decision

7   to post the positions at the GS-11 or 12 level was motivated

8   by your age?

9       A.   Ms. Allen's past hiring practices and her statement,

10  wanting to hire younger people.

11      Q.   Anything else?

12      A.   Today?

13      Q.   Yes.

14      A.   After reviewing discovery, some of the documents I

15  received from discovery, I have documents here that shows that

16  Julie Johnson, who was selected for the vacant Joyce Love

17  position, was not the most qualified individual, and that

18  there was a candidate more qualified than Julie Johnson who

19  was over 40.

20      Q.   Is it your opinion that this person was more

21  qualified?  How did you come to that?

22      A.   OPM ranked her higher on the cert.  She was ranked

23  higher on the cert.  Her rating was higher.

24      Q.   And who is that person?

25      A.   Her name -- it's here.  Give me a second.