Application for Federal Employment – SF 171

Read the instructions before you complete this application. Type or print clearly in...

## GENERAL INFORMATION

**1** What kind of job are you applying for? Give title and announcement no. (if any)

Auditor PDM-120-93

**2** Social Security Number: [redacted]

**3** Sex: [X] Male [ ] Female

**4** Birth date (Month, Day, Year): May 18, 1958

**5** Birthplace (City and State or Country): Washington D.C.

**6** Name (Last, First, Middle): Hunter, Donald Steve

Mailing address (include apartment number, if any): [redacted]

City: Washington   State: DC   ZIP Code: 20019

**7** Other names ever used (e.g., maiden name, nickname, etc.)

**8** Home Phone: Area Code 301  Number 386-5321

**9** Work Phone: Area Code 202  Number 205-8695

**10** Were you ever employed as a civilian by the Federal Government? If "NO", go to item 11. If "YES", mark each type of job you held with an "X".

[ ] Temporary  [ ] Career-Conditional  [X] Career  [ ] Excepted

What is your highest grade, classification series and job title?

Grants Specialist  GS 1101  9/11/12

Dates at highest grade: FROM 8/92 TO Present

## AVAILABILITY

**11** When can you start work? (Month and Year): 2 week notice

**12** What is the lowest pay you will accept? Pay $ _____ per _____ OR Grade 9

**13** In what geographic area(s) are you willing to work? Open

**14** Are you willing to work:  YES  NO
- A. 40 hours per week (full-time)? — X
- B. 25-32 hours per week (part-time)? — X
- C. 17-24 hours per week (part-time)? — X
- D. 16 or fewer hours per week (part-time)? — X
- E. An intermittent job (on-call/seasonal)? — X
- F. Weekends, shifts, or rotating shifts? — X

**15** Are you willing to take a temporary job lasting:
- A. 5 to 12 months (sometimes longer)? — X
- B. 1 to 4 months? — X
- C. Less than 1 month? — X

**16** Are you willing to travel away from home for:
- A. 1 to 5 nights each month? — X
- B. 6 to 10 nights each month? — X
- C. 11 or more nights each month? — X

## MILITARY SERVICE AND VETERAN PREFERENCE

**17** Have you served in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to item 22. — NO X

**18** Did you or will you retire at or above the rank of major or lieutenant commander? — 

## FOR USE OF EXAMINING OFFICE ONLY

Date entered register: 03 MAR 18
Form reviewed:
Form approved:

Option | Grade | Earned Rating | Veteran Preference | Augmented Rating

MGT/PDE

Elig. Jr
Lateral
Reassignment
at GS-9 level

[ ] No Preference Claims
[ ] 5 Points (Tentative)
[ ] 10 Pts. – 30% or More Comp. Dis.
[ ] 10 Pts. Less Than 30% Comp. Dis.
[ ] Other 10 Points
[ ] Disallowed  [ ] Investigated

Initials and Date

ACKNOWLEDGEMENT SENT MAR 19 1993

## FOR USE OF APPOINTING OFFICE ONLY

Preference has been verified through proof that the separation was under honorable conditions, and other proof as required.

[ ] 5-Point  [ ] 10-Point – 30% or More Compensable Disability  [ ] 10-Point – Less Than 30% Compensable Disability  [ ] 10-Point – Other

Signature and Title

Agency                 Date

## MILITARY SERVICE AND VETERAN PREFERENCE (Cont.)

**19** Were you discharged from the military service under honorable conditions? (If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO".) If "NO", provide below the date and type of discharge you received. — YES __ NO X

Discharge Date (Month, Day, Year) | Type of Discharge

**20** List the dates (Month, Day, Year) and branch for all active duty military service.

From | To | Branch of Service

**21** If all your active military duty was after October 14, 1976, list the full names and dates of all campaign badges or expeditionary medals you received or were entitled to receive.

**22** Read the instructions that came with this form before completing this item. When you have determined your eligibility for veteran preference from the instructions, place an "X" in the box next to your veteran preference claim.

[ ] NO PREFERENCE

5-POINT PREFERENCE – You must show proof when you are hired.

10-POINT PREFERENCE – If you claim 10-point preference, place an "X" in the box below next to the basis for your claim. To receive 10-point preference you must also complete a Standard Form 15, Application for 10-Point Veteran Preference, which is available from any Federal Job Information Center. ATTACH THE REQUE[...]

[ ] Non-c[...]
[ ] Comp[...]
[ ] Spous[...]
[ ] Comp[...]

GOVERNMENT EXHIBIT E

EXHIBIT
Hunter No. 5
dmc 7/6/05

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

PREVIOUS EDITION USABLE UNTIL 12-31-90

NSN 7540-00-935-[...]

Standard Form 171 (Rev. 6-88)

Page 1

00174

| A | Name and address of employer's organization | ZIP Code, if known | Dates employed (give month and year) | Average number of hours per week | Number of employees you supervise |
|---|---|---|---|---|---|
| | U.S. Information Agency<br>Office of Contracts, Grants Division<br>Room 1611, HHS-S<br>Washington, D.C. 20547 | | From: 8/92  To: Present | 40 | |
| | | | Salary or earnings<br>Starting $32,000 per yr<br>Ending $ per | Your reason for wanting to leave<br>To Advance My Career | |

| Your immediate supervisor Name | Area Code | Telephone No. | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|---|
| Mrs. G. Treyes | 202 | 2055484 | Grants Specialist | GS 1101 9/6   8/92 |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, including the job title(s) of any employees you supervise. If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

As a Grants Specialist my responsibilities include a full range of grant functions, including cost/pricing analysis, negotiation and administration for the most complex grants administered by the Grants Division. Specific duties include:

Perform a variety of preaward functions, involving reviewing budgets and collaborating with staffs of Program Office, to develop a mutual understanding of the program concerned.

Analyze cost data submitted by applicants to substantiate program and administrative expenses, which include direct and indirect costs. Conduct studies of specific questionable costs, and analyze term and conditions of previous awards.

Develop unique grant and cooperative agreement provisions which relate to the specific program objective and agreements reached by the Agency and the Recipient during negotiations. Design final award documents and make recommendations, review agreements document for legal and administrative compliance.

Serve as the principal-contact for the financial responsibilities of administing agreements and represents the Agency in conferences which involve numerous high level officials.

Review program and audit reports to determine whether programs and operations adequately ensure financial accountability, to determine reasonable of the various cost elements, to the extent of Government assistance. Also review a broad range of recipient actions and investigate and resolve problems such as questionable payments, project termination, inefficient operations, or case of possible fraud.

Coordinate with the Office of General Counsel and the Office of the Inspector General on difficult legal and audit finding on projects which require special handling.

Provide authoritative assistance and advice to Program Offices and Recipients in interpreting the Federal Grant and Cooperative Act of 1977, Agency regulation, OMB Circulars and other broad guidelines.

Close out grants and cooperative agreement. Issue suspension and termination notices and review recipient appeals.

00175

**B**

Name and address of employer's organization & ZIP Code, if known:
U.S. Information Agen.,
Executive Secretariat, Room 827
301 4th St. S.W.
Washington, D.C. 20547

Dates employed (give month, day and year): From: 7/87 To: '92
Average number of hours per week: 40
Number of employees you supervised: 0

Salary or earnings:
Starting $ 19,000 per yr
Ending $ 27,000 per yr

Your reason for wanting to leave: To Advance My Career

Your immediate supervisor
Name: Mrs. J. McCray
Area Code: 202
Telephone No.: 6195178

Exact title of your job: Correspondence Ass.

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: GS 303 8/7 10/89

Description of work:

As a correspondence analyst, my responsibilities involve the review of letters forwarded by Agency officials for the signature of the Director, Deputy Director, Counselor, and all correspondence to the White House, Congress and other U.S. Government agencies, as well as private citizens, to assure that they conform to Agency policies and practices. Specific duties include:

Editing and rewriting correspondence as necessary (to assure proper format, grammar, spelling, tone and the stylistic preferences of the Director and other top level Agency officials.

Assigning (to Agency elements) action on substantive incoming correspondence and determining priority and clearances required. And assuring timely completion by assigned elements.

Maintaining records in the computerized system.

Manually researching background material, and cross referencing when warranted to ensure retention of historical data.

Communicating daily with the Director's special assistants as well as with element heads, congressional staff, and private citizens on behalf of the Director.

**C**

Name and address of employer's organization (include ZIP Code, if known):
S.P.U. Waterproofing
4423G Forbes Blvd.
Lanham, MD. 20706

Dates employed (give month, day and year): From: 5/89 To: 5/91
Average number of hours per week: 20
Number of employees you supervised: 0

Salary or earnings:
Starting $ 12.00 per hr
Ending $ 13.50 per hr

Your reason for leaving: To Advance My Career

Your immediate supervisor
Name: Eugene Jackson
Area Code: 301
Telephone No.: 2779520

Exact title of your job: Operating Accountant

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion: N/A

Description of work:

The position is located in the Comptroller's Office. I participated in the overall maintenance of the Automated Accounting System by entering the daily business transactions to the general ledger as they occurred, including the purchasing or payment of office supplies, utilities, advertising, rent, etc. I assisted in the running of the weekly payroll, computing time and attendance for some 65 employees. Prepared monthly, quarterly and year-end financial statements; performed periodic reconciliation of budgetary and general ledger subsidiary accounts. Analyzed transactions in terms of the effect on company assets, liabilities and equity. Maintained liaison and effective day-to-day working relationship with operating officials to improve work flow. Coordinated and distributed prescribed financial reports and identified exceptions requiring management attention.

| | | |
|---|---|---|
| U.S. Information Agency<br>Executive Secretariat,   827<br>301 4th St. S.W.<br>Washington, D.C. 20547 | From: 7/85  To: ?/88<br>Salary or earnings<br>Starting $18,700 per yr<br>Ending $18,700 per yr | Average number of hours per week<br>40<br>Place of employment<br>City Washington<br>State D.C. |
| Exact title of your job<br>Correspondence Clerk | Your immediate supervisor<br>Name Teresa Collins<br>Area Code 202  Telephone Number 6195178 | Number and job titles of any employees you supervised<br>0 |
| Kind of business or organization<br>  | If Federal employment, list series, grade or rank and the date of your last promotion<br>GS 303 6/5  7/86 | Your reason for leaving<br>To Advance My Career |

**Description of work:**

I maintained records of substantive correspondence directed to us, as well as from the Agency, for the Director, Deputy Director, Counselor, and other Agency officials. Similar records were maintained regarding all correspondence to the White House, Congress and other U.S. Government agencies, and private citizens. I dispatched all correspondence signed by the Director and other top Agency officials, assured that enclosures were included with outgoing materials and appropriate elements received information copies. I Arranged for hand delivery of urgent outgoing correspondence (classified and unclassified)., and was responsible for final substantive review of all correspondence signed by four Associate Directors and all office Directors on behalf of the Director and Deputy Director. I maintained the index and subject files of the Secretariat, which are used for ready reference in obtaining information.

| | | |
|---|---|---|
| E<br>Name and address of employer's organization<br>U.S. Information Agency<br>Office of Security, Room 758<br>301 4th St. S.W.<br>Washington, D.C. 20547 | Dates employed<br>From: 2/86  To: 7/86<br>Salary or earnings<br>Starting $15,700 per yr<br>Ending $18,000 per yr | Average number of hours per week<br>40<br>Place of employment<br>City Washington<br>State D.C. |
| Exact title of your job<br>Supply Clerk | Your immediate supervisor<br>Name Mr. J Craig<br>Area Code 202  Telephone Number 6195764 | Number and job titles of any employees you supervised<br>0 |
| Kind of business or organization | If Federal employment, list series, grade or rank and the date of your last promotion<br>GS 2005 5/8  6/86 | Your reason for leaving<br>To Advance My Career |

**Description of work:**

I was responsible for receipt and maintenance of security equipment for the overseas posts. I received security equipment from suppliers, inspected it for shortages and possible damage. Prepared packing slips, labels and registered slips for shipment to overseas posts. Prepared Purchase Order requests and Government Bill of Landing forms. I placed telephone calls to obtain the costs of shipping to overseas post, and maintained an inventory file to assure adequate supplies were on hand.

ATTACH ANY ADDITIONAL FORMS AND SP... IS HERE

## EDUCATION

**25.** Did you graduate from high school? If you have a GED high school equivalency, or will graduate within the next nine months, answer "YES".

YES: X   NO:
- If "YES", give month and year graduated or received GED equivalency: 6/76
- If "NO", give the highest grade you completed:

**26.** Write the name and location (city and state) of the last high school you attended or where you obtained your GED high school equivalency.

H.D. Woodson, 55th & Eads Sts. N.E.

**27.** Have you ever attended college or graduate school?   YES: X   NO:
- If "YES", continue with 28.
- If "NO", go to 31.

**28.** NAME AND LOCATION (city, state and ZIP Code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree:

| Name | City | State | ZIP Code | Month/Year Attended From | To | Credit Hours Semester | Credit Hours Quarter | Type of Degree | Month and Year of Degree |
|---|---|---|---|---|---|---|---|---|---|
| 1) University of the District of Columbia | Washington | D.C. | 20026 | 9/76 | 12/90 | 95 | 21 | A.A. / B.A. | 5/79 / 12/91 |
| 2) Prince Georges Community College | Largo | MD | 20772 | 8/91 | 5/92 | 11 | | A.S. | 5/92 |
| 3) | | | | | | | | | |

**29.** CHIEF UNDERGRADUATE SUBJECTS (Show major on the first line)

| Subject | Semester | Quarter |
|---|---|---|
| 1) Urban Planning | 47 | 6 |
| 2) Accounting | 31 | |
| 3) Business | 9 | |

**30.** CHIEF GRADUATE SUBJECTS (Show major on the first line)

| Subject | Semester | Quarter |
|---|---|---|
| 1) | | |
| 2) | | |
| 3) | | |

**31.** If you have completed any other courses or training related to the kind of jobs you are applying for (trade, vocational, Armed Forces, business) give information below.

| Name and Location (city, state and ZIP Code) of School | Month and Year Attended From-To | Classroom Hours | Subject(s) | Training Completed Yes/No |
|---|---|---|---|---|
| 1) OPM Training Facility — MCI, USIA Headquart. | 9/88 – 9/88 | 30 | Accelerated Reading | X |
| | 10/28–10/30 | 24 | Cost Analysis of Grant Applications | X |
| 2) GSA, Maryland Ave. S.W. | 3/93 – 3/93 | 24 | Grants Management | X |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32.** Give the title and year of any honors, awards or fellowships you have received. List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with computers or other machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

The Dean List 1978, 1979, 1988
Various Letters Of Appreciation 1981, 1983, 1985, 1986, 1988, 1990
Wang Word Processer, Adding Machine, Table Top Calculator, Lotus 123 electronic spreadsheet, PC WordPerfect

**33.** How many words per minute can you: TYPE? 45   TAKE DICTATION? N/A
Agencies may test your skills before hiring you.

**34.** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| License or Certificate | Date of Latest License or Certificate | State or Other Licensing Agency |
|---|---|---|
| 1) N/A | | |
| 2) | | |

**35.** Do you speak or read a language other than English (include sign language)? Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.   YES:   NO:
- If "YES", list each language and place an "X" in each column that applies to you.
- If "NO", go to 36.

| Language(s) | Can Prepare and Give Lectures Fluently | With Difficulty | Can Speak and Understand Fluently | Passably | Can Translate Articles Into English | From English | Can Read Articles For Own Use Easily | With Difficulty |
|---|---|---|---|---|---|---|---|---|
| 1) N/A | | | | | | | | |
| 2) | | | | | | | | |

## REFERENCES

**36.** List three people who are not related to you and are not supervisors you listed under 24 who know your qualifications and fitness for the kind of job for which you are applying. At least one should know you well on a personal basis.

| Full Name of Reference | Telephone Number(s) (Include Area Code) | Present Business or Home Address (Number, street and city) | State | ZIP Code |
|---|---|---|---|---|
| 1) Professor E. Cooper | 202 727-2530 | UDC 4100 Conn. Ave. | D.C. | |
| 2) Mr. Arthur E. Green | 202 619-6194 | USIA, 301 4th St. S.W. | D.C. | |
| 3) Ms. Shalita Jones | 202 619-5890 | USIA, 301 4th St. S.W. | D.C. | |

| | | YES | NO |
|---|---|---|---|
| 37 | Are you a citizen of the United States... ost cases you must be a U.S. citizen to be hired ...il be required to submit proof of identity and citizenship at the time y... ...d.) If "NO", give the country or countries you ... ...n of: _____ | | X |

NOTE: It is important that you give complete and truthful answers to questions 38 through 44. If you answer "YES" to any of them, provide your explanation(s) in Item 45. Include convictions resulting from a plea of nolo contendere (no contest). Omit: 1) traffic fines of $100.00 or less; 2) any violation of law committed before your 16th birthday; 3) any violation of law committed before your 18th birthday, if finally decided in juvenile court or under a Youth Offender law; 4) any conviction set aside under the Federal Youth Corrections Act or similar State law; 5) any conviction whose record was expunged under Federal or State law. We will consider the date, facts, and circumstances of each event you list. In most cases you can still be considered for Federal jobs. However, if you fail to tell the truth or fail to list all relevant events or circumstances, this may be grounds for not hiring you, for firing you after you begin work, or for criminal prosecution (18 USC 1001).

| | | YES | NO |
|---|---|---|---|
| 38 | During the last 10 years, were you fired from any job for any reason, did you quit after being told that you would be fired, or did you leave by mutual agreement because of specific problems?.......... | | X |
| 39 | Have you ever been convicted of, or forfeited collateral for any felony violation? (Generally, a felony is defined as any violation of law punishable by imprisonment of longer than one year, except for violations called misdemeanors under State law which are punishable by imprisonment of two years or less.)................. | | X |
| 40 | Have you ever been convicted of, or forfeited collateral for any firearms or explosives violation?............... | | X |
| 41 | Are you now under charges for any violation of law?................. | | X |
| 42 | During the last 10 years have you forfeited collateral, been convicted, been imprisoned, been on probation, or been on parole? Do not include violations reported in 39, 40, or 41, above................. | | X |
| 43 | Have you ever been convicted by a military court-martial? If no military service, answer "NO"................ | | X |
| 44 | Are you delinquent on any Federal debt? (Include delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government plus defaults on Federally guaranteed or insured loans such as student and home mortgage loans.)......... | | X |

45  If "YES" In: 38 - Explain for each job the problem(s) and your reason(s) for leaving. Give the employer's name and address.
    39 through 43 - Explain each violation. Give place of occurrence and name/address of police or court involved.
    44 - Explain the type, length and amount of the delinquency or default, and steps you are taking to correct errors or repay the debt. Give any identification number associated with the debt and the address of the Federal agency involved.
    NOTE: If you need more space, use a sheet of paper, and include the item number.

| Item No. | Date (Mo./Yr.) | Explanation | Mailing Address |
|---|---|---|---|
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City / State / ZIP Code |
| | | | Name of Employer, Police, Court, or Federal Agency |
| | | | City / State / ZIP Code |

| | | YES | NO |
|---|---|---|---|
| 46 | Do you receive, or have you ever applied for retirement pay, pension, or other pay based on military, Federal civilian, or District of Columbia Government service?................. | | X |
| 47 | Do any of your relatives work for the United States Government or the United States Armed Forces? Include: father; mother; husband; wife; son; daughter; brother; sister; uncle; aunt; first cousin; nephew; niece; father-in-law; mother-in-law; son-in-law; daughter-in-law; brother-in-law; sister-in-law; stepfather; stepmother; stepson; stepdaughter; stepbrother; stepsister; half brother; and half sister............ | | |

If "YES", provide details below. If you need more space, use a sheet of paper.

| Name | Relationship | Department, Agency or Branch of Armed Forces |
|---|---|---|
| | | |
| | | |

**SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION**

# YOU MUST SIGN THIS APPLICATION.  Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- If you are a male born after December 31, 1959 you must be registered with the Selective Service System or have a valid exemption in order to be eligible for Federal employment. You will be required to certify as to your status at the time of appointment.
- I understand that any information I give may be investigated as allowed by law or Presidential order.
- I consent to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the Federal Government.
- I certify that, to the best of my knowledge and belief all of my statements are true, correct, complete, and made in good faith.

| 48 SIGNATURE (Sign each application in dark ink) | 49 DATE SIGNED (Month, day, year) |
|---|---|
| *Donald S. Hunter* | 3-18-92 |

00179