**SUPPLEMENTAL QUALIFICATIONS STATEMENT**
**LIST OF COLLEGE COURSES AND CERTIFICATE OF SCHOLASTIC ACHIEVEMENT**

Form Approved
OMB No. 3206-0038

Complete and submit this Form with your Personal Qualifications Statement

| 1. Name (Last, First, M.I.) | 2. Birth date (Month, day, year) | 3. Social Security Number |
|---|---|---|
| Hunter, Donald S | 5/18/58 | [redacted] |

Position for which you are applying (Include options, if any)

5. List the undergraduate and/or graduate college degrees you have received or expect to receive (Give name of degree, name of college or university granting degree, and date received or to be received)

Associate of Art, UDC, 5/79, Bachelor of Art, 12/91, UDC
Associate of Art, PG Community College, 5/92

| 6. State your major undergraduate course(s) of study | 6a. State your major graduate course(s) of study |
|---|---|
| Urban and Community Planning<br>Accounting | |

**PART I — COLLEGE COURSES**

List below by appropriate academic field (e.g., biology, mechanical engineering, economics, sociology, etc.) all courses you have taken (including those failed) which appear to satisfy the qualification requirements of positions for which you are applying. List graduate and undergraduate courses separately. Credits for each category should be totaled to determine if you meet the minimum course requirements.

Indicate academic field: Urban and Community Planning

| DESCRIPTIVE TITLE | COMPLETION DATE | GRADE | SEM | QTR | CLASS ROOM |
|---|---|---|---|---|---|
| Planning Concept & Technics II | 6/77 | B | | 3 | |
| Housing & Urban Development | 6/77 | B | | 3 | |
| Introduction to Architect & Planning I | 2/77 | B | 3 | | |
| Planning Concept & Technics I | 12/77 | B | 4 | | |
| Urban Planning Graphic II | 12/77 | B | 3 | | |
| Planning Concept & Technics II | 5/78 | B | 4 | | |
| Community Planning & Planning Regulations | 5/78 | B | 4 | | |
| Planning Theory | 12/78 | B | 3 | | |
| Planning Law & Administration | 12/78 | B | 3 | | |
| Issue in Housing | 12/78 | C | 3 | | |
| Planning Project I | 12/78 | A | 4 | | |
| Planning Project II | 5/79 | A | 4 | | |
| Urban Planning Graphic | 5/79 | B | 3 | | |
| Quantitive Methods | 5/79 | B | 3 | | |
| Regional Analysis | 5/79 | B | 3 | | |
| Independent Study | 8/79 | A | 3 | | |
| **TOTAL** | | | 47 | 6 | |

Indicate academic field: Math

| DESCRIPTIVE TITLE | COMPLETION DATE | GRADE | SEM | QTR | CLASS ROOM |
|---|---|---|---|---|---|
| General Math | 10/76 | B | | 3 | |
| Technical Math I | 2/77 | B | | 3 | |
| Technical Math II | 6/77 | B | | 3 | |
| Elementary Statistics | 12/78 | C | 3 | | |
| **TOTAL** | | | 3 | 9 | |

GOVERNMENT EXHIBIT F

EXHIBIT Hunter No. 15
dmc 7/6/05

U.S. Office of Personnel Management

00180

OPM Form 1170/17 (Rev. 5/84)

(3)

## MISCELLANEOUS COURSES

| DESCRIPTIVE TITLE | COMPLETION DATE | GRADE | CREDIT HOURS | | | DESCRIPTIVE TITLE | COMPLETION DATE | GRADE | CREDIT HOURS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | SEM. | QTR. | CLASS ROOM | | | | SEM. | QTR. | CLASS ROOM |
| Introduction to Logic | 4/90 | C | 3 | | | | | | | | |
| Natural Science | 8/91 | C | 3 | | | | | | | | |
| | | | | | | | | | | | |
| TOTAL | | | 6 | | | TOTAL | | | | | |

### PART II – PRIVACY ACT STATEMENT AND CERTIFICATION

The Office of Personnel Management is authorized by section 1302 of Chapter 13 (Special Authority) and sections 3301 and 3304 of Chapter 33 (Examination, Certification, and Appointment) of Title 5 of the U.S. Code to collect the information on this form.

Executive Order 9397 (Numbering System for Federal Accounts Relating to Individual Persons) authorizes the collection of your Social Security Number (SSN). Your SSN is used to identify this form with your basic application. It may be used for the same purposes as stated on the application.

The information you provide will be used primarily to determine your qualifications for Federal employment. Other possible uses or disclosures of the information are:

1. To make requests for information about you from any source; (e.g., former employers or schools), that would assist an agency in determining whether to hire you;
2. To refer your application to prospective Federal employers and, with your consent, to others (e.g., State and local governments) for possible employment;
3. To a Federal, State, or local agency for checking on violations of law or other lawful purposes in connection with hiring or retaining you on the job, or issuing you a security clearance;
4. To the courts when the Government is party to a suit; and
5. When lawfully required by Congress, the Office of Management and Budget, or the General Services Administration.

Providing the information requested on this form, including your SSN, is voluntary. However, failure to do so may result in your not receiving an accurate rating, which may hinder your chances for obtaining Federal employment.

### ATTENTION – THIS STATEMENT MUST BE SIGNED
Read the following paragraph carefully before signing this Statement

A false answer to any question in this Statement may be grounds for not employing you, or for dismissing you after you begin work, and may be punishable by fine or imprisonment (U.S. Code, Title 18, Sec. 1001). All statements are subject to investigation, including a check of your fingerprints, police records, and former employers. All the information you give will be considered in reviewing your Statement and is subject to investigation.

| CERTIFICATION | Signature (Sign in ink) | Date Signed |
| --- | --- | --- |
| C..IFY that all of the statements made in this Statement are true, complete, and correct to the best of my knowledge and belief, and are made in good faith. | Donald S. Hunter | 3-18-93 |

COMPLETE PART III ON THE NEXT PAGE IF YOU
CLAIM SUPERIOR ACADEMIC ACHIEVEMENT

00181