UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD S. HUNTER, SR.,  )
　　　　　　　　　　　　)
　　　　　Plaintiff,     )
　　　　　　　　　　　　)
v.                      )   Civil Action No. 04-857 (PLF)
　　　　　　　　　　　　)
CONDOLEEZZA RICE, Secretary, )
United States Department of State, )
　　　　　　　　　　　　)
　　　　　Defendant.    )

### DECLARATION OF FANNIE ALLEN

I, Fannie Allen, do hereby state that:

(1) I am Chief of the Grants Division of the Department of State's Bureau of Educational and Cultural Affairs ("ECA"). I have held the position of Grants Division Chief since 1994, when the Grants Division was part of the Office of Contracts in the Bureau of Management in the United States Information Agency ("USIA"). In October 1999, all of USIA, including the Grants Division, merged into the Department of State. Since the merger, the Grants Division has been part of ECA.

(2) The Grants Division administers grant and cooperative agreements ("assistance agreements") for financial awards made by the Department's educational and cultural exchange programs.

(3) Grants Specialists are responsible, among other things, for evaluating grant proposals; drafting assistance agreements that reflect the requirements of the particular program and that comply with applicable federal regulations and circulars;


GOVERNMENT EXHIBIT H

monitoring the performance and reporting of recipient organizations; closing out and reconciling completed assistance agreements; and following up on audit recommendations. In addition, Grants Specialists provide technical guidance to Department program officials and recipient organizations, and perform outreach through participating in meetings, conducting workshops, attending conferences, and making site visits.

(4) Since I became Chief of the Grants Division, I have been the rating official for the performance evaluations of all employees in the Grants Division, including the Grants Specialists.

(5) Each of the following Grants Specialists received an overall performance rating of "Outstanding" in each of the calendar years 1998, 1999, 2000, 2001, and 2002: Connie Stinson, Margaret Ahern, Joyce Love, and Phyllis Swann.

(6) I approved Mr. Hunter for the Special Act or Service cash award he received for his work on the Y2K project.

(7) Patricia Harrison is a Caucasian female.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/30/06
Date

*Fannie Allen*
FANNIE ALLEN

2