Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HUNTER SR, DONALD S | [redacted] | 05-18-1958 | 09-24-2000 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| .77 | Special Act or Service Award |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| V3G | 5 U.S.C. 4503 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number — U0236000
CONTRACT SPEC

| 8.Pay Plan | 9.Occ. Code | 10.Grade or Lvl | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Lvl | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $300.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization — 230160

GRANTS DIVISION

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | 21 | YES / NO  X |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1 Basic + Option C (1x) | 9  9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 - CSRS | 02-28-1977 | F  Full Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | 0209.0-1072 1111 0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-1999 | 05-NOV-2000 | | ECAEXACH | |

45. Remarks

GOVERNMENT EXHIBIT K

EXHIBIT Hunter No. 27
dmc 1/6/05

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | GROSSMAN, MARC I  DIR GEN OF FS / DIR OF PERS |

| Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 09-14-2000 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

00131