**United States Information Agency**

**ACTION MEMO**

June 21, 1999

| | |
|---|---|
| MEMORANDUM FOR: | ECA/EX - Dave Whitten |
| THROUGH: | M/K - Edward G. Muller  *[signed] Edward S. Muller* |
| FROM: | M/KG - Fannie L. Allen  *[signed] Fannie L. Allen* |
| SUBJECT: | Accretion of Duties |

**SUMMARY**

It is recommended that Mr. Donald S. Hunter be promoted to the GS-12 level in the position of Grants Specialist due to Accretion of Duties.

For the added responsibilities and increased level of expertise required by the duties he is acutely preforming. He has steadily assumed more responsible duties with increasing levels of complexity. Mr. Hunter is consistently performing at a level of competence expected of more senior Grants Specialists. His position description of GS-11 no longer accurate describes his duties or his responsibilities.

**BACKGROUND**

Mr. Hunter current position is as a Grants Specialist at the GS-11 level. For the past year and a half, Mr. Hunter has taken on several additional and substantial grant responsibilities including that of administering multi-million dollar grants. These changes have occurred without a commensurate change in the position description or in the level of his position to reflect its increased breadth and complexity, degree of responsibility, and independence of action. Mr. Hunter has been given the responsibility to administer multi-million dollar grants such as AMIDEAST and Meridian International--the International Visitor's Programs that were previously assigned to a GS-12 Grants Specialist, and he should be properly and fairly compensated for his work.

Working independently, Mr. Hunter effectively resolved several outstanding audits which had questionable costs. His approach culminated in an exemplary performance on all audits he resolved. Another volunteer effort included the retirement of more than 245 audit files covering the years 1985 to 1995.

GOVERNMENT EXHIBIT L

EXHIBIT Hunter No. 34 dmc 7/6/05

0078

Along with his many other grants responsibilities, Mr. Hunter with little fanfare has taken on additional responsibility as the Grants Division (Y2K) Project Leader. He provided (and continues to provide) valuable assistance in helping the Year 2000 (Y2K) Team, Keane Corporation, to identify critical mission systems and applications in the M Bureau Grants process. Mr. Hunter worked with various USIA elements, offices, the Office of Management and Budget and the Department of Health and Human Service (HHS) throughout the independent Y2K validation effort. Long before other offices within USIA had started the process of Business Continuity/Contingency planning, Mr. Hunter was developing and coordinating the effort for the M Bureau Grants process. Mr. Hunter received a letter of commendation from the Agency's Y2K contractor for his extraordinary efforts.

Mr. Hunter holds a BS degree in Urban and Community Planning from the University of the District of Columbia where he double majored in Accounting. Through his hard work and dedication, he has been awarded the Grants Management Certificate as a result of completing all requirements of the Grants Management Certificate Program (Federal Track).

Mr. Hunter, inclusive of previous time in the Office of Contracts, Grants Division has over 24-months of experience in the Federal Assistance process.

**RECOMMENDATION**

Donald S. Hunter is a valuable member of the Grants Division team. Because of the greater responsibilities and additional duties he has assumed, his position warrants classification to the GS-12 level.

APPROVE _____    DISAPPROVE _____    DISCUSS _____

Attached: SF 52 and
          Position Description

0079