

**United States Department of State**

*Bureau of Educational and Cultural Affairs*
*Washington, D.C. 20547*

*www.state.gov*

February 17, 2004

**ACTION MEMORANDUM**

| | | |
|---|---|---|
| MEMORANDUM FOR: | ECA-IIP/EX - | Mr. Bill Terrini<br>Acting Executive Director<br>Ms. Katherine Yemelyanov<br>Deputy Executive Director |
| | ECA-IIP/EX/HR - | Ms. Jackie Hill<br>Human Resources Manger |
| FROM: | ECA-IIP/EX/G - | Donald S. Hunter |
| SUBJECT: | | Vacant GS-13 Grants Specialist position |

### Introduction

The Bureau of Educational and Cultural Affair, Executive Office, ECA-IIIP/EX has a vacant GS-13 Grants Specialist position in the Grants Division. Attached is my application for consideration as a direct hire or noncompetitive appointment to the vacant GS-13 Grants Specialist position under the authority of 5 CFR 330.101 and 335.103(c)(3).

### Background

I am currently work as a GS-12 Grants Specialist in the Grants Division. Mr. Ben Castro, ECA-IIP/EX former Deputy Executive Director in consultation with Ms. Fannie Allen, Chief of the Grants Division and the Human Resource office, issued the June 24, 2002 attached memo in response to my 2002 request for a promotion. The June 24, 2002 memo clearly states that I would be given consideration when a GS-13 position in the Grants Division becomes available. Due to Ms. Joyce Love retirement on January 2, 2004, the Grants Division now has a vacant GS-13 Grants Specialist position.

GOVERNMENT EXHIBIT

Ms. Allen has no intention of advertising the vacant Grants Specialist position as a GS-13. Ms. Allen has reassigned Ms. Love's work to the remaining Grants Specialists in the office. None of Ms. Love's complex large dollar grants, audits or special projects was reassigned to me. Instead the GS-13's and Ms. Julie Johnson a GS-9 received Ms. Love's GS-13 level work.

**Conclusion**

That Ms. Love's GS-13 level work is reassign to Mr. Donald S. Hunter. ECA's Human Resource office, prepare the SF 52 to fill the vacant GS-13 Grants Specialist position in the Grants Division with Mr. Hunter as a direct hire.

Approve _____    Disapprove _____    Discuss _____

That Ms. Love's GS-13 level work is reassign to Mr. Donald S. Hunter. ECA's Human Resource office, prepare the SF 52 to fill the vacant GS-13 Grants Specialist position in the Grants Division with Mr. Hunter as a noncompetitive promotion.

Approve _____    Disapprove _____    Discuss _____