VACANCY ANNOUNCEMENT FOR
GRANTS SPECIALIST, GS-1101-11
WITH
THE DEPARTMENT OF STATE
BUREAU OF EDUCATIONAL AND CULTURAL AFFAIRS
GRANTS DIVISION
IN WASHINGTON, D.C.

SALARY:   $49,479 - $64,323

VACANCY IDENTIFICATION NUMBER:   AR188963

OPENS:   03/25/2004            CLOSES:   04/08/2004

**Who may apply:  All U.S. citizens**

**MAJOR DUTIES:** This position is located in the Grants Division of the Bureau of Educational and Cultural Affairs. The Grants Division supports the mission of the Agency through the award and administration of assistance (grants and cooperative agreements) in accordance with applicable statues and regulations and in a manner consistent with principles of sound business management. The primary purpose of this position is to perform general business and industry related work in the area of grants management and/or property management and disposal. The incumbent reviews proposals, and evaluates, oversees and provides technical assistance related to grants to federal, state, local, private sector and non-profit organizations. S/he participates in analyzing grant applications and evaluating results in terms of the objectives, significance for public policy, and resources required; prepares correspondence, approvals and other documentation for approved grants; provides technical assistance to grantees, and monitors progress under grants that are funded by the agency; conducts preliminary screening of periodic reports of grantees to spot problems, ascertain progress and pinpoint accomplishments and data that may be of particular value for various reports and other programs; and prepares background data for site visits, advisory panel meetings and other activities.

NOTE:
- Position has promotion potential to the GS-12 level
- Selectee must be able to obtain a Secret security clearance
- Relocation expenses will not be paid.

**QUALIFICATION REQUIREMENTS:** Applicants must have one full year of experience (equivalent to the GS-9 level in the Federal service) applying analytical and evaluative techniques to the identification, consideration, and resolution of a variety of standard grants administration issues or problems; gathering information, identifying and analyzing grant administration issues that are limited in functional scope and complexity; identifying, analyzing and making recommendation to resolve conventional problems and situations; answering questions of limited complexity from awardees regarding the terms and conditions of the grants and agency policies; performing preliminary screening of proposals for such matters as the agency's interest in that subject-matter, clarity and completeness of the proposal, adequacy of the proposed approach, justification for supplies, equipment and staff required, and qualification levels of the grantee staff; providing technical assistance to grantees, and monitoring progress of grants that are funded by the agency/organization; and preparing correspondence, approvals and other documentation for approved grants.
OR
Have a Ph.D. or equivalent doctoral degree *or* 3 full years of progressively higher level graduate education leading to such a degree *or* LL.M., if related.
OR
Have a **Combination of Education and Experience:** Combinations of successfully completed graduate education as described above and specialized experience as described above may be used to meet the total qualification requirements. When an applicant has less than one year specialized experience as described above, he or she may combine successfully completed graduate-level education with experience to meet the total qualification

GOVERNMENT EXHIBIT O

requirements. Forty hours of work per week in the specialized field for 12 months is equivalent to one year of full-time experience, and generally, 18 graduate-level semester hours is equivalent to one full-time year of graduate study (your school and department determine what constitutes one full-time year of graduate study). Applicants must have successfully completed more than two years of graduate level education to use this option to qualify. Applicants percentage of specialized work experience (for example, 6 months equals 50%) and the percentage of graduate study (for example, 45 graduate-level semester hours for a GS-11 grade level position equals 50%) must total at least a 100%.

**OTHER INFORMATION:**
.To be eligible for Federal employment, male applicants born after December 31, 1959, must certify at the time of appointment that they have registered with the Selective Service System, or are exempt from having to do so under Selective Service law.
.Selectee(s) will have to serve a probationary period unless excepted by regulations.

**Only education/experience acquired by the closing date will be considered.**

**BASIS FOR RATING:** You are rated on the quality and extent of your experience and training that is relevant to this position's duties. This rating is based on information you provide in your resume and your responses to the Occupational Questionnaire (found later in this announcement). Qualified candidates will receive a score between 70 and 100. Points for veterans' preference, if supported by documentation, will be added to this score.

More than 1 selection may be made from this announcement if additional identical vacancies in the same title, series, grade, and unit occur.

**WHAT TO SUBMIT:** Applicants must submit ALL of the following materials in order to receive consideration for this position:

1. **A completed Occupational Questionnaire.** You may complete the occupational questionnaire online at the USAJOBS website or by hard copy (Qualifications and Availability Form C, OPM Form 1203-FX). Use the instructions found later in the announcement for completing the occupational questionnaire. Errors or omissions made on the occupational questionnaire are your responsibility. Your responses will be verified against the descriptions of work experience and education stated in your resume/Federal application.

2. **A resume or other written form of your choosing (e.g., Application for Federal Employment - OF612, SF-171).** Your document should contain the announcement number, title, series and grade of position for which you are applying; your name, mailing address and SSN; your citizenship; the highest Federal position held (i.e., title, series, grade and dates held); veteran's preference entitlement; education; and your work experience including month and year, supervisor's name and phone number, job title and salary. For additional information please see the following website at http://www.opm.gov/Forms/pdfimage/of0510.pdf

3. **If claiming veterans preference:** a copy of your DD-214; if applicable, official documentation from the VA (dated within the past 12 months) or branch of Armed Services documenting your compensable disability; and, if applicable, an SF-15 (Application for 10 pt. Veteran Preference) and any other documentation required in that form. If you are still on active duty, submit a statement of service from your unit which states the date you entered active duty, the date you are separating, and the campaign medals you have received. For more information on veterans' preference consult the Vets Guide on the OPM website at http://www.opm.gov/veterans/html/vetguide.htm

**SPECIAL SELECTION PRIORITY
FOR SURPLUS OR DISPLACED FEDERAL EMPLOYEES**

**CAREER TRANSITION ASSISTANCE PROGRAM (CTAP)** - If you are currently an employee of the

Department of State you may be entitled to special selection priority under the Department's Career Transition Assistance Program (CTAP). To receive this priority consideration you must:

1. Have a Reduction-in-Force (RIF) separation notice, a proposed notice of removal for declining a directed reassignment or transfer of function outside the local commuting area, a Certificate of Expected Separation or other official certification issued by the Department indicating the position is surplus. For example, a notice of position abolishment or a notice stating your eligibility for discontinued service retirement.

2. Hold a position at GS-15 or below (or equivalent) and be (a) a current career or career-conditional competitive service employee in tenure group 1 or 2; (b) an excepted service employee serving on an appointment without time limit who has been given noncompetitive appointment eligibility and selection priority by statue for positions in the competitive service; or (c) an employee serving on a Schedule A or B excepted appointment, provided that the position to which applying has the same appointing authority (i.e., Schedule A or B) of the position from which being separated.

3. Submit proof of your eligibility for the CTAP program with your application. For example, a copy of a notice of proposed removal for declining a transfer of function outside the commuting area or for declining a directed reassignment or a notification issued by the Department indicating that your position is surplus.

4. Be applying for a position that is **at or below** the grade level of the position from which you will or may be separated. The position for which you are applying must not have greater promotion potential than the position from which you will or may be separated.

5. Have a current (or last) performance rating of record of <u>at least</u> fully successful or equivalent. Your rating of record <u>must be submitted with your application package</u>.

6. Be currently employed by the Department and be (a) in the same commuting area as the announced position or (b) occupying a position beyond the local commuting area. An eligible employee occupying a position <u>outside</u> of the local commuting area of the position will not receive priority consideration over an eligible displaced or surplus employee in the <u>same</u> commuting area as the announced position.

7. File your application within the timeframes stated in the vacancy announcement and meet all the application criteria (e.g., submit all required documentation, etc.).

8. Be physically qualified, with reasonable accommodation where appropriate, to perform the essential duties of the position.

9. Meet the basic qualification (including selective placement factors) and eligibility requirements for the position, including any medical qualifications, suitability, security, and minimum educational and experience requirements.

10. Meet any special qualifying condition(s) that OPM has approved for the position.

11. Be able to satisfactorily perform the duties of the position upon entry.

12. Be rated well-qualified for the position. To be considered well-qualified applicants must earn a score of at least 85 which distinguishes well-qualified candidates from minimally qualified candidates on the rating criteria developed for the position.

**THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP)** - If you are a displaced Federal employee you may be entitled to receive special priority selection under ICTAP. To receive this priority consideration you must:

1. Be a displaced Federal employee. The following categories of candidates are considered displaced employees.

You must submit a copy of the appropriate documentation such as RIF separation notice, letter from OPM or your agency documenting your priority consideration status with your application package.

- A. Current or former career or career-conditional (tenure group I or II) competitive service employees who: (1) Received a specific RIF separation notice within the last year; or (2) Separated because of a compensable injury, whose compensation has been terminated, and whose former agency certifies that it is unable to place; or (3) Retired with a disability and whose disability annuity has been or is being terminated; or (4) Upon receipt of a RIF separation notice retired on the effective date of the RIF and submits a Standard Form 50 that indicates "Retirement in lieu of RIF"; or (5) Retired under the discontinued service retirement option; or (6) Received a formal notice of proposed separation for declining a transfer of function or directed reassignment outside the local commuting area; or

- B. Former Military Reserve or National Guard Technicians who are receiving a special Office of Personnel Management (OPM) disability retirement annuity under section 8337(h) or 8456 of Title 5 United States Code.

2. Be applying for a position at or below the grade level of the position from which you are or have been separated. The position must not have a greater promotion potential than the position from which you were separated.

3. Have a current (or last) performance rating of record of at least fully successful or equivalent. This must be submitted with your application package. (This requirement does not apply to candidates who are eligible due to compensable injury or disability retirement.)

4. Occupy or be displaced from a position in the same local commuting area of the vacancy for which you are requesting priority consideration.

5. File your application by the vacancy announcement closing date and meet all the application criteria (e.g., submit all required documentation, etc.).

6. Be rated well qualified for the position. To be considered well qualified, you must earn the score cut-off of 85 which distinguishes well-qualified candidates from minimally qualified candidates on the rating criteria developed for the position.

Federal agencies provide reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application process, contact the Raleigh OPM Service Center. If you need accommodation during the hiring process, contact the hiring agency. The decision to grant reasonable accommodation will be on a case-by-case basis.

Your application contains information subject to the Privacy Act (P.L. 93-579.5 USC 552a). The information is used to determine qualifications for employment and is authorized under Title 5 of the U.S. Code, Sections 3302 and 3361.

Candidates will receive consideration without regard to race, color, religion, sex, national origin, marital status, age, political affiliation, sexual orientation, disability, or any other non-merit factors.

HOW TO FILE AN APPLICATION: You are highly encouraged to file online

1. Online - available up until midnight Eastern Time of the closing date of the announcement.

   a. Complete and submit the Occupational Questionnaire online. Scroll down to the "How to Complete the Occupational Questionnaire" section and click on the link *on-line questionnaire* or type https://staffing.opm.gov/vacancies/SecureApplyOnline.asp into your Internet browser address. Scroll down the on-line application screen until the "Vacancy Identification Number" box appears under the "Create New Application for This Job" on the left side of the screen. Enter the Vacancy

    Identification Number and click on "Submit" to start a new on-line questionnaire for this vacancy. Continue to follow the instructions in the **"How to Complete the Occupational Questionnaire"** section to complete the questionnaire. Please wait for the system to respond back to you with a successful transmission message before disconnecting. Print the confirmation page verifying submission of your electronic submission; AND

    b.    **Submit a resume online.** Access the USAJOBS website at http://www.usajobs.opm.gov and locate the announcement. Click on "apply on-line" found at the bottom of the announcement text. At the next screen, enter or establish your user ID and password to link you to the on-line resume feature. At the on-line resume screen, you may either access or develop a resume by clicking on the "Resume Builder" link or you may paste a resume into the text box. When you have completed your resume, click "Apply for this Position Now!"

    c.    Fax or mail any other required material stated in the *What to Submit* section.

2. **If you are unable to file online, you may request an application from the Office of Personnel Management, Raleigh Service Center through one of the following methods:**

    a.    Send an e-mail message to raleigh@opm.gov. Please include your name and the announcement number for this position; OR

    b.    Call the Raleigh Service Center job inquiry line at 919-790-2864; OR

    c.    Write the Office of Personnel Management, Raleigh Service Center, at 4407 Bland Road, Suite 200, Raleigh, NC 27609. Please include your name, address and the announcement number for this position.

Application materials not filed on-line through USAJOBS MUST be faxed to the OPM Raleigh Service Center at (919) 790-2824 or (919)-790-2826, or mailed to U.S. Office of Personnel Management, 4407 Bland Rd., Suite 200, Raleigh, NC 27609. *Faxes should not exceed 20 pages.* Applications sent in postage-paid Government envelopes will not be accepted.

*Mailed application materials must be postmarked by the closing date; on-line and fax filers must apply by the closing date.*

### HOW TO COMPLETE THE OCCUPATIONAL QUESTIONNAIRE:
Use the following instructions to help you complete the Occupational Questionnaire. Be sure to double check your application before submission.

Enter your **social security number** and Vacancy Identification Number AR188963 in the appropriate boxes.

1. **Job Title:** Grants Specialist

2. **Biographic Data:** All biographic information is required.

3. **E-mail Address:** Optional

4. **Work Information:** Optional

5. **Employment Availability:** Indicate your availability for full time, part time, and temporary employment. Also indicate your availability for travel. You may omit the other employment questions.

6. **Citizenship:** A response to the citizenship question is required.

7-8. **Background and Other Information – Leave blank.**

9. **Languages:** Leave this section blank.

10. **Lowest Grade:** Please enter 11

11-13. **Miscellaneous information, special knowledge, and test location:** Leave these questions blank.

14. **Veterans' Preference Claim:** If you are not entitled to veteran preference, mark "No preference claimed." Except for disabled veterans, (1) those who entered active duty on or after October 15, 1976, and before September 8, 1980, must have an authorized campaign badge; **OR,** (2) those who enlisted after September 7, 1980, or entered on active duty (through means other than enlistment) on or after October 14, 1982, must have: (a) completed at least 24 months of continuous, active duty service **AND** have served in a campaign or expedition for which a campaign medal has been authorized; **OR,** (b) have served at least one day during the period 08/02/90 through 01/02/92 **AND** have 24 months of continuous, active duty service, or been a reservist activated during that period. Persons who retired from military service at the rank of major, lieutenant commander, or higher are not entitled to veterans' preference except as disabled veterans.

15. **Date of Active Duty:** If you have military experience, enter your dates of active duty military service.

16. **Availability Date:** You may omit availability date if you can begin work immediately; otherwise, provide the date you will be available for employment.

17-19. **Service Computation Date, Other Date, and Job Preference:** Leave these questions blank.

20. **Occupational Specialties:** Enter 001

21. **Geographic Availability:** Enter 0675 for employment with the Dept. of State in Washington, D.C.

22. **Career Transition Assistance Plan:** Indicate if you are requesting consideration for either the Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP).

23-24. **Job Related Experience and Personal Background Information:** Leave this section blank.

25. **Occupational Questions:** Respond to the following questions. Mark only one response for each question.

1. **This section will be used to determine if you possess the education and/or experience needed to qualify for this position. From the description below, choose the letter beside the statement that BEST describes your background relevant to this position. Darken the oval corresponding to that letter in Section 25, number 1. SELECT ONE LETTER ONLY. FAILURE TO RESPOND TO THIS QUESTION WILL RESULT IN YOUR BEING RATED INELIGIBLE.**

   A. I have one full year of experience (equivalent to the GS-9 level in the Federal service) applying analytical and evaluative techniques to the identification, consideration, and resolution of a variety of standard grants administration issues or problems; gathering information, identifying and analyzing grant administration issues that are limited in functional scope and complexity; identifying, analyzing and making recommendation to resolve conventional problems and situations; answering questions of limited complexity from awardees regarding the terms and conditions of the grants and agency policies; performing preliminary screening of proposals for such matters as the agency's interest in that subject-matter, clarity and completeness of the proposal, adequacy of the proposed approach, justification for supplies, equipment and staff required, and qualification levels of the grantee staff; providing technical assistance to grantees, and monitoring progress of grants that are funded by the agency/organization; and preparing correspondence, approvals and other documentation for approved grants.

   B. I have a Ph.D. or equivalent doctoral degree *or* 3 full years of progressively higher level graduate education leading to such a degree *or* LL.M., if related.

C. I have a combination of education and experience as described in "A" and "B".

D. My background is not reflected in any of the above choices.

The following criteria (numbers 2-21) will be used to evaluate your level of knowledge, skill, or ability in certain areas. For each item, choose the statement from the list below (A-E) that best reflects your level of experience and/or training in that area. Darken the oval corresponding to that statement in Section 25 on the form. Please select only one letter for each item.

A -   I have not had education, training or experience in performing this task.

B -   I have had education or training in performing this task, but have not yet performed it on the job.

C -   I have performed this task on the job. My work on this task was monitored closely by a supervisor or senior coworker to ensure compliance with proper procedures.

D -   I have performed this task as a regular part of a job. I have performed it independently and normally without assistance from a supervisor or senior coworker.

E -   I have instructed or assisted other workers in the performance of this task due to my expertise in this area.

2. Evaluate, oversee and provide technical assistance related to grants to federal, state, local, or private sector organizations.

3. Participate in analyzing grant applications and evaluating results in terms of objectives, significance for public policy, and resources required.

4. Identify the need for involvement of other organizations, or for additional work in the subject matter of the grant.

5. Review proposals to determine feasibility, chance of success, and results of value to the organization's mission.

6. Carry out a wide variety of standard assignments relating to review of applications for grants where the review requires knowledge of pertinent laws, regulations, policies, precedent cases, and other requirements.

7. Perform preliminary screening of proposals for organization's interest in that subject-matter, clarity and completeness of the proposal, adequacy of the proposed approach, justification for supplies, equipment and staff required, and qualification levels of the grantee staff.

8. Prepare correspondence, approvals and other documentation for approved grants.

9. Coordinate activities related to arrangements for funding and startup for grants.

10. Prepare notices to awardees and other departments involved in making payments under the grant or tracking progress.

11. Provide answers to questions of limited complexity from awardees regarding the terms and conditions of the grants, as well as related policies and procedures.

12. Independently carry out tasks for which guidelines are available in the form of written policies, procedures and instructions.

13. Consult with superior and colleagues in developing and applying policies and practices to new issues that arise.

14. Review periodic progress reports of grantees to spot problems, ascertain progress and pinpoint accomplishments and data that may be of value for various reports and other programs.

15. Perform site visits to grantee organizations to evaluate and monitor their business management performance.

16. Prepare background data for site visits, advisory panel meetings, and other activities.

17. Recommend and provide justification for additional resources and changes in planned programs.

18. Recommend adverse actions, such as cost disallowance, suspension or termination of grants.

19. Provide training and orientation for the grantee community.

20. Provide input and background information for formal adversarial proceedings, such as appeals of suspension.

21. Discuss problems, priorities, policies and similar matters with high level officials of private, public and institutional organizations.

**THIS IS THE END OF SECTION 25.**
Please review your responses to ensure that you have correctly entered all required information and that you have correctly marked your responses in the appropriate ovals.