**Certificate of Eligibles**
Certificate Number: AR-04-LGD-18017S0
Issued for DEPARTMENT OF STATE
Vacancy ID: 188963
Agency Request Number: IIP-014-04
Issue Date: 4/22/2004
**GRANTS SPECIALIST, GS-1101-11**

| | |
|---|---|
| Appointment Type: | Career/Career-Conditional |
| Option: | 001 - Grants Specialist   Grade: 11 |
| Locations: | 0675 - Washington Metro Area, DC - 1 |

This certificate must be returned by June 22, 2004
This certificate is valid only for the position, grade and duty location shown on the SF-39.

This office has verified that veterans who claim veteran preference are entitled to it under 5 USC 2108, as amended.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application.

Selections from this certificate must be in accordance with veterans preference and rule-of-three regulations. If this certificate is a supplement to a previously issued certificate, the names on the supplement are considered to have a lower standing than those on the original certificate. A supplement serves as a continuation of the original certificate.

| Agency Action | Rating | Veterans Preference | Name | SSN |
|---|---|---|---|---|
| | | | **Non Priority Referral Candidates** | |
| NS | 100.0 | NV | GIZA, MICHAEL. P | |
| NS | 100.0 | NV | NORIN, REASMY. C | |
| NS | 100.0 | NV | BELEW, RANDY. J | |


GOVERNMENT EXHIBIT
P

Page: 1 of 2

Certificate Number: AR-04-LGD-18017S0     Vacancy ID: 188963

Agency Request Number: IIP-01-04     GRANTS SPECIALIST, GS-1101-11

| Agency Action | Rating | Veterans Preference | Name | SSN |
|---|---|---|---|---|
| | | | **Non Priority Referral Candidates** | |
| NS | 100.0 | NV | ANGEROSA, EVE. A | |
| S | 99.0 | NV | JOHNSON, JULIE. M | |
| NS | 99.0 | NV | FOLLY, SOPHIE. L | |

**Total Number of Eligibles Certified:** 6

_Fanne L Allen_                                    4/28/04

Appointing Official Signature:                     Date:

FANNE Allen, ECA/EX/G

Print: Name, Organization, and Phone Number

Page: 2 of 2