Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| JOHNSON, JULIE M | | | 05-16-2004 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 501 | Conv to Career-Cond Appt | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| ACM | AR-03-LGD-15493SO DTD 03-12-03 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | | | | | | S8529701 | 15. TO: Position Title and Number | | | | | | S8529701 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANTS SPECIALIST | | | | | | | GRANTS SPECIALIST | | | | | | |
| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis | |
| GS | 01101 | 11 | 04 | $55,652.00 | PA | | GS | 01101 | 11 | 04 | $55,652.00 | PA | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | | |
| $48,549.00 | $7,103.00 | $55,652.00 | $0.00 | | | | $48,549.00 | $7,103.00 | $55,652.00 | $0.00 | | | |

| 14. Name and Location of Position's Organization  230160 | 22. Name and Location of Position's Organization  230160 |
|---|---|
| GRANTS DIVISION<br>OFFICE OF THE EXECUTIVE DIRECTOR<br>OFFICE OF THE ASSISTANT SECRETARY | GRANTS DIVISION<br>OFFICE OF THE EXECUTIVE DIRECTOR<br>OFFICE OF THE ASSISTANT SECRETARY |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1-None  3-10 Point/Disability  5-10 Point/Other<br>    2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 2   0-None  2-Conditional<br>    1-Permanent  3-Indefinite | 22 | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  Basic Only | 9  9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  K - FERS and FICA | 01-13-2002 | F  Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General<br>   2-Excepted Service  4-SES Career | E  E-Exempt  N-Nonexempt | 0209.0-1072  1111  0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 20-APR-2003 | 16-APR-2006 | | ECAEXSEP | EMPLID 125946 |

### 45. Remarks

- HEALTH BENEFITS COVERAGE CONTINUES.
- APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY PERIOD BEGINNING 05/16/2004.
- FULL PERFORMANCE LEVEL OF EMPLOYEE'S POSITION IS GS-12.
- OPM MAINTAINED BY DEPT. OF STATE, HR/EX/ADMIN, RM H857, 2401 E STREET, WASHINGTON, DC 20522
- FROZEN SERVICE: NONE.
- CREDITABLE MILITARY SERVICE: NONE.
- PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
- EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
- SERVICE COUNTING TOWARD CAREER TENURE FROM 05/16/2004.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| ST00 | 2951 | 05-22-2004 | PEARSON, W ROBERT<br>DIRECTOR OF HUMAN RESOURCES |

GOVERNMENT EXHIBIT Q

2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are Not Usable After 6/30/93