Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SWANNSMITH, PHYLLIS A | | | 04-03-2005 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | Promotion |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | Reg 335.102 Comp |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | | | | | | 15. TO: Position Title and Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANTS SPECIALIST — S8310901 | | | | | | GRANTS SPECIALIST — S8667802 | | | | | |
| 8.Pay Plan | 9.Occ. Code | 10.Grade or Lvl | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Lvl | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
| GS | 01101 | 13 | 07 | $89,736.00 | PA | GS | 01101 | 14 | 04 | $97,206.00 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $77,372.00 | $12,364.00 | $89,736.00 | $0.00 | | | $83,813.00 | $13,393.00 | $97,206.00 | $0.00 | | |

| 14. Name and Location of Position's Organization  230160 | 22. Name and Location of Position's Organization  201300 |
|---|---|
| GRANTS DIVISION<br>OFFICE OF THE EXECUTIVE DIRECTOR<br>OFFICE OF THE ASSISTANT SECRETARY | OFFICE OF THE PROCUREMENT EXECUTIVE<br>ASSISTANT SECRETARY FOR ADMINISTRATION<br>BUREAU OF ADMINISTRATION |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10 Point/Disability  5-10 Point/Other<br>2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 - 0-None  2-Conditional<br>1-Permanent  3-Indefinite | 21 | YES ☐  NO ☒ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Basic + Option B (1x) | 9 - 9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 - CSRS | 08-23-1981 | F - Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service  3-SES General<br>2-Excepted Service  4-SES Career | E - E-Exempt  N-Nonexempt | 0113.0-1097 1111 0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prom Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 03-APR-2005 | 01-APR-2007 | | CSPSTACW | EMPLID 119427 |

45. Remarks
- SELECTED FROM MERIT PROMOTION CERTIFICATE #05-0069, DATED 02-09-2005.
- POSITION IS AT THE FULL PERFORMANCE LEVEL.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | PEARSON, W ROBERT<br>DIRECTOR OF HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 04-07-2005 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are

EXHIBIT 10

GOVERNMENT EXHIBIT