UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| DONALD S. HUNTER, SR.,                    ) | |
|                                 ) | |
|     PLAINTIFF,                         ) | |
|                                 ) | |
| v.                                        ) | |
|                                 ) | |
| CONDOLEEZA RICE, Secretary,               ) | |
| Department of State,                      ) | Civil Action No.: 06-326 (PLF) |
|                                 ) | |
|     DEFENDANT.                         ) | |
| _____ ) | |

### PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Mr. Donald S. Hunter, Sr., by and through his undersigned counsel, Snider & Associates, LLC, hereby submits his opposition to Defendant's motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, LCvR 56.1, and the scheduling order filed by the court.  Please kindly cause to be filed the following documents:

1. Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment; and
2. Exhibits via PDF file.

Respectfully Submitted,

_/s/_____
Jason I. Weisbrot, Esq., DC Bar# MD 28074
Snider & Associates, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

Attorney for Plaintiff

Cc:    JANE M. LYONS, DC Bar# 451737
       Assistant U.S. Attorney
       555 4th Street, N.W. – Room E4822
       Washington, DC 20520