

**United States Department of State**

*Bureau of Educational and Cultural Affairs*
*Washington, D.C. 20547*

www.state.gov

June 24, 2002

INFORMATION MEMORANDUM

UNCLASSIFIED

MEMORANDUM TO:   ECA-IIP/EX/G - Donald Hunter

FROM:            ECA-IIP/EX - Ben Castro

SUBJECT:         Request for Promotion

    I have reviewed your request for an accretion of duties promotion. After review and consultation with your supervisor, Ms. Fannie Allen and the Human Resources office I cannot concur with your request.

    You are currently assigned to a GS-12 position and we believe you are performing duties consistent with your grade level. As Ms. Allen discussed with you previously, your current performance at the GS-12 is excellent, however, she does not believe you are performing at the GS-13 level. We both believe you will be an excellent candidate for the GS-13 if a vacancy became available in the future. In the meantime, we will make every effort to give you assignments to prepare you for a GS-13 position.

    There are currently four GS-13 positions in the Grants Division. All of these positions are currently filled. There are no GS-13 vacancies available at this time in your immediate organization. If a GS-13 position became available we would be happy to consider you for the position.

UNCLASSIFIED

UNCLASSIFIED
-2-

If you feel you are currently performing duties that are classifiable at the GS-13 level you are entitled to file a classification appeal. If you decide to appeal the classification, please see Ms. Jacqueline Hill in ECA-IIP/EX/HR.

UNCLASSIFIED