4 March 2004

MEMORANDUM FOR:    ECA-IIP/EX/HR - Ms. Jacqueline Hill

THROUGH:    ECA-IIP/EX - Mr. William Terrini

FROM:    ECA-IIP/EX/G - Fannie Allen

SUBJECT:    Request to fill vacancy

I am requesting that a vacancy announcement be posted. This would be a replacement for Ms. Joyce Love, who retired January 1, 2004

The position previously held by Ms. Love was a permanent position. We would like to recruit all sources for a Grants Specialist GS-11, with full performance to GS-12.

If you should have any questions, please call me at 202-203-7175.

Thank you in advance for your assistance.