UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| CONDOLEEZA RICE, Secretary, ) | |
| Department of State, ) | Civil Action No.: 06-326 (PLF) |
| ) | |
| DEFENDANT. ) | |

PROPOSED ORDER

Having reviewed the Defendant's Motion for summary judgment and the Plaintiff's memorandum of points and authorities in opposition thereto, it is hereby **ORDERED** that:

The Defendant's Motion for summary judgment is **DENIED.**

It is further **ORDERED** that: The hearing shall take place on a date and time to be determined.

_____            _____
Date                                             Judge Paul L. Friedman