UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-326 (PLF) |
| | ) |
| CONDOLEEZZA RICE, Secretary, | ) |
| United States Department of State, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S CONSENT MOTION**
**FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant respectfully moves to extend by one week her current deadline for filing a reply in support of her motion for summary judgment. Specifically, Defendant requests that the deadline for the reply be extended from July 6, 2007 to July 13, 2007. This is Defendant's first request for an extension of this particular deadline. Plaintiff, through his counsel, graciously consents to the relief being sought in this motion, and the grounds for it are set forth below.

Defendant filed her motion for summary judgment in this age discrimination case on May 11, 2007. Plaintiff filed his opposition on June 11, 2007. Plaintiff's opposition memorandum is over twenty pages in length and attaches several exhibits. Although counsel for Defendant has been preparing the response to Plaintiff's opposition, she has also been working on a number of other cases and briefs, and needs a couple of extra days to complete the product with enough time for review by counsel at the State Department. In particular, counsel for Defendant submitted a Brief for Federal Appellee to the D.C. Circuit in <u>Public Citizen, Inc. v.</u>

<u>Mary E. Peters, Secretary of Transportation</u>, No. 06-5304, on July 6, 2007. The coincidence of the filing deadline in <u>Public Citizen</u> and this case ultimately left insufficient time for counsel to complete both. Pre-existing filing deadlines on July 9 and 11, 2007 in other cases (one of which is a motions deadline in the D.C. Circuit in Plaintiff's other pending case) will likely prevent counsel for Defendant from being able to file significantly sooner than July 13, but if the reply brief is completed prior to the new deadline being requested, it will be promptly submitted.

      This motion is filed in good faith and granting it will not unfairly prejudice Plaintiff or unduly delay the Court's ability to resolve this case. Indeed, allowing Defendant just one extra week to prepare a thorough response to Plaintiff's opposition serves the overall interests of the Court. Undersigned counsel would have filed this motion prior to the day of the deadline, but it was only then that it appeared that it would not be possible to meet the deadline.

      WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing her reply in support of motion for summary judgment be extended to and including July 13, 2007. A draft order consistent with the relief sought herein is attached.

      Dated: July 6, 2007.

                                        Respectfully submitted,

                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney


                                        _____
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

　　/s/
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.- Room E4822
Washington, D.C.  20530
(202) 514-7161
