UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CONDOLEEZZA RICE, Secretary, )<br>United States Department of State, )<br>)<br>    Defendant. )<br>_____) | Civil Action No. 04-857 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant's consent motion for extension of time to file her reply brief and the entire record herein, and it appearing that good cause exists for the requested extension, it is by the Court this _____ day of _____, 2007,

ORDERED, the Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED, that Defendant shall have through and including July 13, 2007 to file a reply in support of her motion for summary judgment.

_____
PAUL L. FRIEDMAN
United States District Court Judge

**Copies to Counsel of Record Through ECF**