# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HUNTER SR, DONALD S | | | 09-21-2003 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 846 | INDIVIDUAL TIME-OFF AWARD |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number: GRANTS SPECIALIST   S8441200

| 8. Pay Plan | 9. Occ. Code | 10. Grade or LvI | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|

| 16. Pay Plan | 17. Occ. Code | 18. Grade or LvI | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | 16.00 Hours | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization: 230160
GRANTS DIVISION
OFFICE OF THE EXECUTIVE DIRECTOR
OFFICE OF THE ASSISTANT SECRETARY

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30% | 1   0-None 2-Conditional 1-Permanent 3-Indefinite | 21 | YES    X NO |
| 1 | | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1   Basic + Option C (1x) | 9   9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   1 - CSRS | 02-28-1977 | F   Full Time | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service 3-SES General; 2-Excepted Service 4-SES Career | E   E-Exempt N-Nonexempt | 0209.0-1072 1111 0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOC | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-1999 | 31-OCT-2004 | | ECAEXACH | EMPLID 120060 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 09-10-2003 | WHITESIDE, RUTH ANN   ACTING |

Editions Prior to 7/91 Are Not Usable After 6/30/93

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| | |
|---|---|
| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
| HUNTER SR, DONALD S | [redacted] | [redacted] | 08-22-2004 |

**FIRST ACTION**
- 5-A. Code: 847
- 5-B. Nature of Action: Group Time-Off Award
- 5-C. Code:
- 5-D. Legal Authority:
- 5-E. Code:
- 5-F. Legal Authority:

**SECOND ACTION**
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number:

15. TO: Position Title and Number: S8441200
GRANTS SPECIALIST

8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis
16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award: 24.00 Hours | 21. Pay Basis

12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay
20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay

14. Name and Location of Position's Organization:

22. Name and Location of Position's Organization: 230160
GRANTS DIVISION
OFFICE OF THE EXECUTIVE DIRECTOR
OFFICE OF THE ASSISTANT SECRETARY

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None 2-Conditional  1-Permanent 3-Indefinite | 21 | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1  Basic + Option C (1x) | 9  9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours for Biweekly Pay Period |
|---|---|---|---|
| 1  1-CSRS | 02-28-1977 | F  Full Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career | E  E-Exempt  N-Nonexempt | 0209.0-1072  1111  0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-1999 | 31-OCT-2004 | | ECAEXMAD | EMPLID 120060 |

45. Remarks:

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | TAGLIALATELA, LINDA SWARTZ  ACTING |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| ST00 | 2951 | 08-25-2004 | |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HUNTER SR, DONALD S | [redacted] | [redacted] | 10-31-2004 |

## FIRST ACTION | SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 893 | Within Grade Increase | | |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| Q7M | Reg 531.404 | | |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | | |

| 7. FROM: Position Title and Number | | | | | | 15. TO: Position Title and Number | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRANTS SPECIALIST   S8441200 | | | | | | GRANTS SPECIALIST   S8441200 | | | | | |
| 8.Pay Plan | 9.Occ. Code | 10.Grade or Lvl | 11.Step or Rate | 12.Total Salary | 13.Pay Basis | 16.Pay Plan | 17.Occ. Code | 18.Grade or Lvl | 19.Step or Rate | 20.Total Salary/Award | 21.Pay Basis |
| GS | 01101 | 12 | 04 | $66,701.00 | PA | GS | 01101 | 12 | 05 | $68,722.00 | PA |
| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $58,188.00 | $8,513.00 | $66,701.00 | $0.00 | | | $59,951.00 | $8,771.00 | $68,722.00 | $0.00 | | |

| 14. Name and Location of Position's Organization   230160 | 22. Name and Location of Position's Organization   230160 |
|---|---|
| GRANTS DIVISION<br>OFFICE OF THE EXECUTIVE DIRECTOR<br>OFFICE OF THE ASSISTANT SECRETARY | GRANTS DIVISION<br>OFFICE OF THE EXECUTIVE DIRECTOR<br>OFFICE OF THE ASSISTANT SECRETARY |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1   1-None  3-10 Point/Disability  5-10 Point/Other<br>     2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable 30% | 1   0-None  2-Conditional<br>     1-Permanent  3-Indefinite | 21 | YES    X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1   Basic + Option C (1x) | 9   9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   1 - CSRS | 02-28-1977 | F   Full Time | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1-Competitive Service  3-SES General<br>     2-Excepted Service  4-SES Career | E   E-Exempt<br>    N-Nonexempt | 0209.0-1072 1111 0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-1999 | 29-OCT-2006 | | WBATCH | EMPLID 120060 |

**45. Remarks**

- WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PEARSON, W ROBERT |
| ST00 | 2951 | 10-31-2004 | DIRECTOR OF HUMAN RESOURCES |

Editions Prior to 7/91 Are Not Usable After 6/30/93

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

# NOTIFICATION OF PERSONNEL ACTION

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HUNTER SR, DONALD S | [redacted] | [redacted] | 06-12-2005 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 847 | Group Time-Off Award |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| 5-E. Code | 5-F. Legal Authority |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 6-C. Code | 6-D. Legal Authority |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number

15. TO: Position Title and Number — S8441200
GRANTS SPECIALIST

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Lvl | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Lvl | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | 24.00 Hours |  |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization — 230160

GRANTS DIVISION
OFFICE OF THE EXECUTIVE DIRECTOR
OFFICE OF THE ASSISTANT SECRETARY

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. DoS Tenure | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | 21 | YES   X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| E1  Basic – Option C (1x) | 9   9 - Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   1 - CSRS | 02-28-1977 | F   Full Time |  |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career | E   E-Exempt  N-Nonexempt | 0209.0-1072  1111  0000 | 0025 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON, DIST OF COLUMBIA |

| 40. DOG | 41. WGI Due | 42. Prim Skill | 43. HR Processor | 44. |
|---|---|---|---|---|
| 07-NOV-1999 | 29-OCT-2006 |  | ECAEXMAD | EMPLID 120060 |

45. Remarks:

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF STATE | PEARSON, W ROBERT  DIRECTOR OF HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |  |
|---|---|---|---|
| ST00 | 2951 | 06-13-2005 |  |

Editions Prior to 7/91 Are Not Usable After 6/30/93

2 - OPF Copy - Long-Term Record - DO NOT DESTROY