UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
DONALD S. HUNTER, SR.,              )
                                    )
    Plaintiff,                      )
                                    )
    v.                              )   Civil Action No. 06-326 (PLF)
                                    )
CONDOLEEZZA RICE, Secretary,        )
    United States Department of State, )
                                    )
    Defendant.                      )
_____)

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [21] defendant's motion for summary judgment is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for the defendant; and it is

FURTHER ORDERED that the Clerk shall remove this case from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 30, 2008