AO 133 (Rev. For DC 7/99) Bill of Costs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BILL OF COSTS

Donald S. Hunter, Sr.

V.                                         Case Number: 06-326 (PLF)

Condoleezza Rice

Judgment having been entered in the above entitled action on   January 30, 2008   against   Donald S. Hunter, Sr.
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................................................ | |
| Fees for service of summons and subpoena....................................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $877.95 |
| Fees and disbursements for printing................................................................. | |
| Fees for witnesses (itemize on reverse side) ..................................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ......... | |
| Docket fees under 28 U.S.C. 1923 ................................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................... | |
| Compensation of court-appointed experts ........................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828....... | |
| Other costs (please itemize) ............................................................................. | |
| TOTAL | $877.95 |

SPECIAL NOTE: Attached to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to   Jason I. Weisbrot, Esq. SNIDER & ASSOCIATES, LLC, 104 Church Lane, Suite 100 Baltimore, MD 21208

Signature of Attorney: _[signature]_
Name of Attorney   Jane M. Lyons

For:   Condoleezza Rice, Secretary of State                    Date:   February 11, 2008
            Name of Claiming Party

Costs and taxed in the amount of _____                               and included in the judgment.

NANCY MAYER-WHITTINGTON, Clerk        By:  _____
                                                          Deputy Clerk                    Date

## WITNESS FEES (computation, cf. 28 U.S.C.1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| N/A | | | | | | | |
| | | | | | | TOTAL | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September I, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part** as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54(d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(c)
"Whenever a party has the right or is required to do sonic act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CONDOLEEZZA RICE, Secretary, ) <br> United States Department of State, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-326 (PLF) |

Judgment was entered in the above-entitled action on January 30, 2008. The clerk is requested to tax the following as costs against Plaintiff Donald S. Hunter, Sr., pursuant to Federal Rule of Civil Procedure 54(d)(2) and LCvR 54.1:

**Itemization of Bill of Costs**

1. DEPOSITION TRANSCRIPTS..................................................................$877.95
   (LCvR 54.1(d)(6))

   <u>Free State Court Reporters:</u>

   3/26/07     Donald S. Hunter, Sr.                    $877.95

**Total**....................................................................................................$877.95

Respectfully submitted,

*/s/ Jeffrey A. Taylor/dvh*
JEFFREY A. TAYLOR, D.C. BAR #498-610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (facsimile)

Date: February 11, 2008

Costs taxed and allowed in amount $_____ on _____, 2008

_____
Clerk

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD S. HUNTER, SR., | ) |
| Plaintiff, | ) |
| v. | ) |
| CONDOLEEZZA RICE, Secretary, U.S. Department of State, | ) |
| Defendant. | ) |

## DECLARATION

I declare under penalty of perjury, this 11th day of February 2008, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

_____
Jane M. Lyons
Assistant United States Attorney

3

ORIGINAL

1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - - - - -x
 5   DONALD STEVE HUNTER, SR.            :
 6              Plaintiff                :
 7        vs.                            :   Case No: 06-326 (PLF)
 8   CONDOLEEZZA RICE, SECRETARY         :
 9   U.S. DEPARTMENT OF STATE            :
10              Defendant                :
11   - - - - - - - - - - - - - - - - - -x
12
13                            Washington, D.C.
14                            Monday, March 26, 2007
15
16
17   Deposition of:
18              DONALD STEVE HUNTER, SR.
19   the Deponent, called for examination by counsel for the
20   Defendant, pursuant to notice and agreement as to time and
21   place, at 501 3rd Street, N.W., Washington, D.C., before
22   Heather Kilbourne, a Notary Public in and for the District of
23   Columbia.
24
25
```

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947



GOVERNMENT
EXHIBIT
C

# FREE STATE REPORTING, INC.
1378 Cape St. Claire Road
Annapolis, Maryland, 21409
(410) 974-0947   (301) 261-1902

## PACKING LIST

_____ Superior Court                              _____ District Court

Jury # _____                              USAO-Jury # _____
                                                      Antitrust-Jury # _____
                                                      Public Integrity-Jury # _____

Type of Delivery:   (Regular)   Intermediate   Daily   Special

Ordered By: _Jane Lyons_                              Division: _____
AUSA _____                                Section: _DCCIV_
Heard On: _3-26-07_                                   Case #: _06-326 (PLF)_

In Re: _Donald Hunter v. Condoleeza Rice_

| Witness Name | Pages | DCN |
|---|---|---|
| Deposition of Donald Steve Hunter, Sr. | 139 | G1652006-1841 |
| Condensed Transcript | 139 | G1652006-1841 |
| Index | 13 | G1652006-1841 |
| Disk | 1 | G1652006-1841 |

Received By: _C. Bauer_
Date: _4-19-07_

**BILLING**

**FREE STATE REPORTING, INC.**
*1378 Cape St. Claire Road*
*Annapolis, MD 21409*
*Balt. Annap. Area (410) 974-0947*
*Metro. Wash. Area (301) 261-1902*

Receipt of Goods and Services

Date: 5/5/07

## INVOICE

U.S. Department of Justice
FDSS
600 E Street, Room 4045
Washington, D.C. 20530

Date: APRIL 30, 2007
Invoice No.: 0076-G
Contract No.: 01-C-0277
Contractor's Tax I.D.: 52-1238946

### Deposition Pages

| Date | DCN# | Delivery Type | Witness / Attorney | Pages | Amount |
|---|---|---|---|---|---|
| 02/09/07 | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 44 | $198.00 |
| 02/16/07 | G1652006-1772 | REGULAR | S. LOGAN / K. MELNIK | 163 | $733.50 |
| 02/20/07 | G1652006-1912 | REGULAR | D. SCHROER / B. RUSSELL | 138 | $621.00 |
| 02/22/07 | G1652006-1986 | REGULAR | W. BOCKTING / B. RUSSELL | 61 | $274.50 |
| 02/23/07 | G1652006-2063 | REGULAR | D. CRANDELL / S. RANIERI | 18 | $81.00 |
| 02/23/07 | G1652006-2064 | REGULAR | D. BURTON / S. RANIERI | 15 | $67.50 |
| 02/23/07 | G1652006-2065 | REGULAR | D. BURTON / S. RANIERI | 16 | $72.00 |
| 02/27/07 | G1652006-2106 | REGULAR | C. SMITH / D. SULLIVAN | 126 | $567.00 |
| 03/01/07 | G1652006-2221 | REGULAR | E. FERGUSON / Q. LUONG | 207 | $931.50 |
| 03/05/07 | G1652006-2028 | REGULAR | F. WADE / M. JOHNSON | 115 | $517.50 |
| 03/06/07 | G1652006-1478 | REGULAR | K. KELLY / P. SMITH | 158 | $711.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 156 | $858.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 122 | $549.00 |
| 3/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 57 | $256.50 |
| 3/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 82 | $451.00 |
| 3/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 90 | $495.00 |
| 3/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 115 | $517.50 |
| 3/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 49 | $220.50 |
| 3/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 34 | $153.00 |
| 3/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 138 | $621.00 |
| 3/28/07 | G1652006-2579 | REGULAR | M. ZEGARRA / J. MALIS | 46 | $207.00 |

Total for Deposition Pages  $9,103.00

### Deposition Miscellaneous

| Date | Grand Jury# | DCN# | Delivery Type | Witness / Attorney | Pages Hours | Item | Amount |
|---|---|---|---|---|---|---|---|
| 02/09/07 | | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 1 | APPEAR | $180.00 |
| 02/09/07 | | G1652006-2062 | REGULAR | M. BAKER / S. RANIERI | 1 | DISK9 | $9.00 |

| Date | Invoice | Type | Parties | Qty | Item | Amount |
|---|---|---|---|---|---|---|
| 03/06/07 | G1652006-1478 | REGULAR | K. KELLY / P. SMITH | 1 | APPEAR | $180.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 15 | Index | $6.75 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 156 | Compressed | $70.20 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | DISK9 | $9.00 |
| 03/06/07 | G1652006-1760 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | APPEAR | $180.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 1 | DISK9 | $9.00 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / MARINA BRASWELL | 11 | Index | $4.95 |
| 03/06/07 | G1652006-2213 | REGULAR | B. LEE / M. BRASWELL | 122 | Compressed | $54.90 |
| 03/06/07 | G1652006-2213 | REGULAR | B.LEE / M. BRASWELL | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 9 | Index | $4.05 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 1 | DISK9 | $9.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-1579 | REGULAR | K. WIENEKE / S. RANIERI | 57 | Compressed | $25.65 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | DISK9 | $9.00 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 82 | Compressed | $36.90 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 1 | APPEAR | $180.00 |
| 03/07/07 | G1652006-2262 | INTERMEDIATE | J. MALLOY / J. LYONS | 9 | Index | $4.05 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 1 | APPEAR | $180.00 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 90 | Compressed | $40.50 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 1 | DISK9 | $9.00 |
| 03/14/07 | G1652006-2339 | INTERMEDIATE | L. FRAZZA / J. LYONS | 10 | Index | $4.50 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 1 | APPEAR | $180.00 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 1 | DISK9 | $9.00 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 115 | Compressed | $51.75 |
| 03/15/07 | G1652006-2222 | REGULAR | J. NOWAK / R. FIELDS | 15 | Index | $6.75 |
| 03/16/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | DISK9 | $9.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | APPEAR | $180.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 49 | Compressed | $22.05 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 7 | Index | $3.15 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | DVD | $135.00 |
| 03/22/07 | G1652006-2522 | REGULAR | B. AMMERMAN / S. RANIERI | 1 | DISK9 | $9.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M LEVIN / F. HAYES | 1 | DISK9 | $9.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 34 | Compressed | $15.30 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F.HAYES | 1 | APPEAR | $180.00 |
| 03/23/07 | G1652006-2409 | REGULAR | M. LEVIN / F. HAYES | 5 | Index | $2.25 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 138 | Compressed | $62.10 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | APPEAR | $180.00 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 13 | Index | $5.85 |
| 03/26/07 | G1652006-1841 | REGULAR | D. HUNTER / J. LYONS | 1 | DISK9 | $9.00 |
| 03/28/07 | G1652006-2498 | REGULAR | T. VINCENT / D. SULLIVAN | 135 | Copy | $60.75 |
| 03/28/07 | G1652006-2498 | REGULAR | T. VINCENT / D. SULLIVAN | 1 | APPEAR | $180.00 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that an unredacted copy of the foregoing Bill of Costs has been sent by U.S. Mail, postage prepaid, this 11th day of February, 2008, to:

Jason I. Weisbrot, Esq.
SNIDER & ASSOCIATES, LLC
104 Church Lane, Suite 100
Baltimore, MD 21208

JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161
(202) 514-8780 (facsimile)